**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Double Eagle Energy Services, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-4894719** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3600 Jackson Street** **Suite 126D** **Alexandria, LA 71303** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Rapides** County | Location of principal assets, if different from principal place of business **10500 Hwy 518 Minden, LA 71055** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

         Contact name _____

         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .   Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 3, 2017**
                MM / DD / YYYY

**X** **/s/ Joe Ratcliff or Bob Ratcliff**           **Joe Ratcliff or Bob Ratcliff**
     Signature of authorized representative of debtor         Printed name

Title    **Owners**

**18. Signature of attorney**

**X** **/s/ Bradley L. Drell**           Date   **July 3, 2017**
     Signature of attorney for debtor                MM / DD / YYYY

**Bradley L. Drell**
Printed name

**Gold, Weems, Bruser, Sues & Rundell**
Firm name

**POB 6118**
**Alexandria, LA 71307-6118**
Number, Street, City, State & ZIP Code

Contact phone   **(318)445-6471**      Email address

**24387 - LA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Double Eagle Energy Services, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 3, 2017**          X **/s/ Joe Ratcliff or Bob Ratcliff**
                                          Signature of individual signing on behalf of debtor

                                          **Joe Ratcliff or Bob Ratcliff**
                                          Printed name

                                          **Owners**
                                          Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Double Eagle Energy Services, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF LOUISIANA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bobby Ratcliff, Jr.** **P.O. Box 146** **Cotton Valley, LA 71018** | | **Advances to Double Eagle Energy** | | | | **$105,000.00** |
| **Bobby Ratcliff, Sr.** **515 Pebble Drive** **Haughton, LA 71037** | | **Advances to Double Eagle Energy** | | | | **$275,000.00** |
| **Century Ready-Mix Corporation** **P.O. Box 4420** **3250 Armand Street** **Monroe, LA 71211** | | | | | | **$30,585.68** |
| **ControlWorx, LLC** **Dept #159** **P.O. Box 4869** **Houston, TX 77210-4869** | | | | | | **$111,996.00** |
| **Ditch Witch - Benton Branch** **19930 Interstate 30 N** **Benton, AR 72019** | | | | | | **$29,430.00** |
| **DNOW L.P.** **P.O. Box 200822** **Dallas, TX 75320-0822** | | | | | | **$121,592.06** |
| **EMS Electric** **P.O. Box 1356** **West Monroe, LA 71294** | | | | | | **$70,216.23** |
| **Fusion Industries, LLC** **P.O. Box 16340** **Oklahoma City, OK 73113** | | | | | | **$95,711.50** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| H & H X-Ray Services, Inc. P.O. Drawer 517 West Monroe, LA 71294-0517 | | | | | | $28,343.20 |
| Hi-Tech Testing, Inc. P.O. Box 677753 Dallas, TX 75267-7753 | | | | | | $35,872.35 |
| ICR Equipment Rental 3351 Hamilton Street Bellaire, OH 43906 | | | | | | $36,944.25 |
| Komatsu Financial P.O. Box 99303 Chicago, IL 60693-9303 | | | | | | $45,579.44 |
| Komatsu Financial P.O. Box 99303 Chicago, IL 60693-9303 | | Komatsu D65 Dozer | | | | $54,028.74 |
| MRC Global (US) Inc. P.O. Box 204392 Dallas, TX 75320-4392 | | | | | | $270,653.68 |
| POCO Properties, LLC P.O. Box 97 Sibley, LA 71073-0097 | | | | | | $34,325.56 |
| Rain for Rent File 52541 Los Angeles, CA 90074-2541 | | | | | | $27,904.43 |
| Siemens Financial P.O. Box 2083 Carol Stream, IL 60132-2083 | | Vermeer D100x120II Directional Drill | | | | $512,697.84 |
| TCF Financial 11100 Wayzata Blvd., Ste. 801 Minnetonka, MN 55305 | | 2500 HD Chevy 1/2 Ton (1) | | $75,942.57 | $25,000.00 | $50,942.57 |
| Unit Liner Company 7901 N. Kickapoo Shawnee, OK 74804 | | | | | | $45,822.68 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Vermeer Midsouth, Inc. P.O. Box 1798 Dept 07-013 Memphis, TN 38101-9715** | | | | | | $74,610.38 |

Debtor name   **Double Eagle Energy Services, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

**Part 1:**    **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     1a. **Real property:**
     Copy line 88 from *Schedule A/B*............................................................. $    **4,750,000.00**

     1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*........................................................... $    **7,660,584.24**

     1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*............................................................. $    **12,410,584.24**

---

**Part 2:**    **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **10,551,291.30**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $    **10,269.38**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$    **2,623,831.80**

4.   **Total liabilities** .................................................................................................
     Lines 2 + 3a + 3b      $    **13,185,392.48**

Debtor name   **Double Eagle Energy Services, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF LOUISIANA

Case number (if known)   _____

☐ Check if this is an
   amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.   **Cash on hand** | **$42.00** |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Gibsland Bank & Trust** | **Checking** | | **$10,000.00** |
| 3.2. | **BFCU** | **Checking** | | **$30,000.00** |
| 3.3. | **BFCU** | **Savings** | | **$23,995.20** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$64,037.20**

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Ohio Bureau of Workers Comp** | $1,000.00 |
|------|------|------|

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

**9.   Total of Part 2.**
      Add lines 7 through 8. Copy the total to line 81.                      | **$1,000.00** |

**Part 3:     Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.    Accounts receivable**

11a. 90 days old or less:      **3,551,250.95**  -        **0.00**  = ....        **$3,551,250.95**
                        face amount          doubtful or uncollectible accounts

**12.    Total of Part 3.**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.        | **$3,551,250.95** |

**Part 4:     Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:     Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|------|------|------|------|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** *See Attached | $0.00 | | $43,013.97 |
|---|---|---|---|---|

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.      $43,013.97

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

---

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   *See Attached | $0.00 | | $1,228,574.70 |
| 47.2.   *See Attached | $0.00 | | $2,772,707.42 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.      $4,001,282.12

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☐ No
   ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

---

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **23311 Hwy 19 Maysville, OK 73057** | | **$0.00** | | **$250,000.00** |
| 55.2. **10500 Hwy 80 Minden, LA 71055** | **64 acres** | **$0.00** | | **$4,500,000.00** |

56.     **Total of Part 9.**                                                                            | **$4,750,000.00** |
        Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
        Copy the total to line 88.

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
        ☐ No
        ■ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $64,037.20 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,551,250.95 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $43,013.97 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,001,282.12 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $4,750,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,660,584.24 | + 91b. $4,750,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $12,410,584.24 |

Fill in this information to identify the case:

Debtor name  **Double Eagle Energy Services, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Ford Credit** | Describe debtor's property that is subject to a lien | **$18,575.05** | **$24,000.00** |
|---|---|---|---|---|

Creditor's Name: **Ford Credit**

**2014 F150**

**P.O. Box 790093**
**Saint Louis, MO 63179-0093**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1511**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Gibsland Bank & Trust** | Describe debtor's property that is subject to a lien | **$2,572,000.00** | **$4,500,000.00** |
|---|---|---|---|---|

Creditor's Name: **Gibsland Bank & Trust**

**10500 Hwy 80**
**Minden, LA 71055**

**1374 Homer Rd.**
**Minden, LA 71055**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

17-80717 - #1  File 07/17/17  Enter 07/17/17 16:18:50  Main Document  Pg 15 of 128

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ **No**
☐ Yes. Specify each creditor,
including this creditor and its
relative
priority.
_____

| | | | |
|---|---|---|---|
| 2.3 | **Gibsland Bank & Trust** | Describe debtor's property that is subject to a lien | $13,790.19 | $24,000.00 |

**Gibsland Bank & Trust**
Creditor's Name

**1374 Homer Rd.**
**Minden, LA 71055**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2031**

**Do multiple creditors have an
interest in the same property?**

☑ **No**

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**2014 Chevy Z71**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ **No**
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| 2.4 | **Gibsland Bank & Trust** | Describe debtor's property that is subject to a lien | $23,818.63 | $140,000.00 |

**Gibsland Bank & Trust**
Creditor's Name

**1374 Homer Rd.**
**Minden, LA 71055**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2020**

**Do multiple creditors have an
interest in the same property?**

☑ **No**

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**2013 Chevy 1-Ton Trucks (7)**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ **No**
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| 2.5 | **Gibsland Bank & Trust** | Describe debtor's property that is subject to a lien | $7,535,095.10 | $7,552,533.07 |

**Gibsland Bank & Trust**
Creditor's Name

**1374 Homer Rd.**
**Minden, LA 71055**

Creditor's mailing address

Creditor's email address, if known

**Security Agreements/Mortgage**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ **No**
☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $32,103.52 | $33,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2013 John Deer 5100E Tractor** | | |

**P.O. Box 650215**
**Saint Louis, MO 63179-0093**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1870**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **TCF Financial** | **Describe debtor's property that is subject to a lien** | $75,942.57 | $25,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2500 HD Chevy 1/2 Ton (1)** | | |

**11100 Wayzata Blvd., Ste. 801**
**Minnetonka, MN 55305**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2709**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 | **Wells Fargo** | **Describe debtor's property that is subject to a lien** | $70,152.59 | $105,000.00 |
|---|---|---|---|---|

---

Name

Creditor's Name
**P.O. Box 1450**
**Minneapolis, MN**
**55485-8178**

**2013 Trail King**
**1996 Fontaine Trailers**
**Sullair Air Compressors (5)**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2704**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Wells Fargo** | Describe debtor's property that is subject to a lien | $101,035.18 | $118,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name
**P.O. Box 1450**
**Minneapolis, MN**
**55485-8178**

**2014 Kenworth W900L(#510)**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2706**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Wells Fargo** | Describe debtor's property that is subject to a lien | $108,778.47 | $118,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name
**P.O. Box 1450**
**Minneapolis, MN**
**55485-8178**

**2014 Kenworth(#513)**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2708**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $10,551,291.30 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name  and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|

Debtor name **Double Eagle Energy Services, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Albama Dept. of Revenue**<br>**50 N. Ripley**<br>**Montgomery, AL 36132** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $103.65 | $103.65 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Insolvency Section**<br>**600 S. Maestri Place**<br>**Stop 31**<br>**New Orleans, LA 70130** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,468.00 | $7,468.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**941 payroll taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      44689      Best Case Bankruptcy

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $552.80 | $552.80 |
|---|---|---|---|---|

**Internal Revenue Service**
**Insolvency Section**
**600 S. Maestri Place**
**Stop 31**
**New Orleans, LA 70130**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Federal 940**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Insolvency Section**
**600 S. Maestri Place**
**Stop 31**
**New Orleans, LA 70130**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,144.93 | $2,144.93 |
|---|---|---|---|---|

**Louisiana Dept of Revenue**
**P.O. Box 66658**
**Baton Rouge, LA 70896-6658**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**LA SUTA**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.00 |
|---|---|---|---|

**A Clean Potty**
**P.O. Box 250**
**Muldrow, OK 74948**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,667.05 |
|---|---|---|---|

**A. Quiroz Trucking & Backhoe**
**223 "A" West Hwy 302**
**Kermit, TX 79745**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $242.85 |
|---|---|---|---|

**ABC Automated Business Concepts,**
**3401 Youree Drive**
**Shreveport, LA 71105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,532.40 |
|---|---|---|---|

**Acuren Inspection, Inc.**
**P.O. Box 846313**
**Dallas, TX 75284-6313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4944**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,524.00 |
|---|---|---|---|

**Advanced Environmental Complianc**
**80 Baum Rd.**
**Ball, LA 71405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,946.30 |
|---|---|---|---|

**AFCO**
**P.O. Box 4795**
**Carol Stream, IL 60197-4795**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **financed portion of auto insurance**

Last 4 digits of account number **3750**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**AGC Shreveport Chapter**
**2025 Southern Ave.**
**Shreveport, LA 71104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,763.44 |
|---|---|---|---|

**Agland Co-op., Inc.**
**P.O. Box 369**
**Canfield, OH 44406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **EE01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,155.53 |
|---|---|---|---|

**Airgas USA, LLC**
**P.O. Box 676015**
**Dallas, TX 75267-6015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1705**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $346.25 |
|---|---|---|---|

**American Driving Records**
P.O. Box 7289
Pasadena, CA 91109-7389

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,075.00 |
|---|---|---|---|

**American Fence Company, Inc.**
4800 S. MacArthur Blvd.
Oklahoma City, OK 73179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,953.50 |
|---|---|---|---|

**Analytic Stress**
Dept #1027
P.O. Box 740209
Atlanta, GA 30374-0209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,922.74 |
|---|---|---|---|

**Angel Safety Supply**
P.O. Box 823
Minden, LA 71058-0823

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.06 |
|---|---|---|---|

**Apex Redi-Mixed Concrete Co.**
1854
El Dorado, AR 71730

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $687.81 |
|---|---|---|---|

**Area Wholesale Tire Company, LLC**
P.O. Box 2723
Baton Rouge, LA 70821-2723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Arkansas Marketers, Inc.**
P.O. Box 5483
Pine Bluff, AR 71611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $237.90 |
|------|--|--|--|
| | **Arkansas Portable Toilets**<br>**Little John's, Inc. & Go Potty**<br>**P.O. Box 34033**<br>**Little Rock, AR 72203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $216.11 |
|------|--|--|--|
| | **Associated Time and Parking Cont**<br>**9104 Diplomacy Row**<br>**Dallas, TX 75247** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.35 |
|------|--|--|--|
| | **AT&T**<br>**P.O. Box 5002**<br>**Carol Stream, IL 60197-5002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **0001** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $458.09 |
|------|--|--|--|
| | **AT&T**<br>**POB 105262**<br>**Atlanta, GA 30348** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **0513** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,260.91 |
|------|--|--|--|
| | **AT&T**<br>**P.O. Box 5019**<br>**Carol Stream, IL 60197-5019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **4587** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,613.82 |
|------|--|--|--|
| | **AT&T**<br>**POB 6463**<br>**Carol Stream, IL 60197-6463** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **9473** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,881.48 |
|------|--|--|--|
| | **Atlas Copco Rental, LLC**<br>**Dept 3243**<br>**P.O. Box 123243**<br>**Dallas, TX 75312-3243** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $692.98 |
|---|---|---|---|
| | **AZZ Galvanizing**<br>**P.O. Box 843771**<br>**Dallas, TX 75284-3771** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,363.68 |
|---|---|---|---|
| | **B & B Rental & Sales, Inc.**<br>**6624 Greenwood Rd.**<br>**Shreveport, LA 71119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,516.74 |
|---|---|---|---|
| | **Bank Direct Capital Finance**<br>**P.O. Box 660448**<br>**Dallas, TX 75266-0448** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: financed portion of GL, WC, umbrella insurance | |
| | Last 4 digits of account number 3750 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $212.92 |
|---|---|---|---|
| | **Bankcard Center**<br>**P.O. Box 4025**<br>**Alameda, CA 94501-0425** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Ditch Witch of Arkansas | |
| | Last 4 digits of account number 3496 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $997.94 |
|---|---|---|---|
| | **Bankcard Center**<br>**P.O. Box 4025**<br>**Alameda, CA 94501-0425** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Ditch Witch of Louisiana | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,456.24 |
|---|---|---|---|
| | **Bills Towing**<br>**66855 Executive Drive**<br>**Saint Clairsville, OH 43950** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,181.46 |
|---|---|---|---|
| | **BlueLine Rental, LLC**<br>**P.O. Box 840062**<br>**Dallas, TX 75284-0062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number 1339 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,850.00** |
|---|---|---|---|

**BMB Rentals, LLC**
**P.O. Box 545**
**Lovingston, NM 88260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bobby Ratcliff, Jr.**
**P.O. Box 146**
**Cotton Valley, LA 71018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Personal Guaranties**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105,000.00** |
|---|---|---|---|

**Bobby Ratcliff, Jr.**
**P.O. Box 146**
**Cotton Valley, LA 71018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Advances to Double Eagle Energy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,338.98** |
|---|---|---|---|

**Bobby Ratcliff, Sr.**
**515 Pebble Drive**
**Haughton, LA 71037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Capital One Credit Card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bobby Ratcliff, Sr.**
**515 Pebble Drive**
**Haughton, LA 71037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Personal Guaranties**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275,000.00** |
|---|---|---|---|

**Bobby Ratcliff, Sr.**
**515 Pebble Drive**
**Haughton, LA 71037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Advances to Double Eagle Energy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$582.72** |
|---|---|---|---|

**Builders Supply Company, Inc.**
**P.O. Box 295**
**Shreveport, LA 71162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,380.03 |
|---|---|---|---|

**Central Arkansas Water**
P.O. Box 8100
Little Rock, AR 72203-8100

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number  9300

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,585.68 |
|---|---|---|---|

**Century Ready-Mix Corporation**
P.O. Box 4420
3250 Armand Street
Monroe, LA 71211

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number  4569

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Cintas First Aid & Safety**
P.O. Box 631025
Cincinnati, OH 45263-1025

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229.59 |
|---|---|---|---|

**City of Biloxi Water Dept.**
P.O. Box 349
Biloxi, MS 39533

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,602.94 |
|---|---|---|---|

**Clint Daniels Incorporated**
P.O. Box 15844
Little Rock, AR 72231

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,079.37 |
|---|---|---|---|

**Columbus Equipment Company**
P.O. Box 951400
Cleveland, OH 44193

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number  495M

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,882.29 |
|---|---|---|---|

**Colvin, Smith & McKay Firm**
P.O. Box 239
Homer, LA 71040

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $232.05 |
|---|---|---|---|

**Complete Repair Service, Inc.**
5905 Financial Plaza
Shreveport, LA 71129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,907.96 |
|---|---|---|---|

**Construction Safety Products Inc**
P.O. Box 65266
Shreveport, LA 71136

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $111,996.00 |
|---|---|---|---|

**ControlWorx, LLC**
Dept #159
P.O. Box 4869
Houston, TX 77210-4869

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,811.00 |
|---|---|---|---|

**Crossbridge Compliance**
P.O. Box 8024
Longview, TX 75607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24.63 |
|---|---|---|---|

**Dandy Products, Inc.**
1026 Joseph
Shreveport, LA 71107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,688.15 |
|---|---|---|---|

**Darby Equipment Company**
2940 N. Toledo Ave.
Tulsa, OK 74115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  8027

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,861.80 |
|---|---|---|---|

**Diamond Tank Rental, Inc.**
P.O. Box 4751
Odessa, TX 79760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,430.00 |
|---|---|---|---|

**Ditch Witch - Benton Branch**
**19930 Interstate 30 N**
**Benton, AR 72019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121,592.06 |
|---|---|---|---|

**DNOW L.P.**
**P.O. Box 200822**
**Dallas, TX 75320-0822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2126**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $777.00 |
|---|---|---|---|

**Downer, Jones, Marino & Wilhile**
**401 Market Street**
**Shreveport, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,462.58 |
|---|---|---|---|

**E.D.C. Transportation**
**c/o Ronald D. Cole**
**1206 S. 29th Street**
**Chickasha, OK 73018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,236.00 |
|---|---|---|---|

**Eagle Compression**
**P.O. Box 189**
**Troy, MO 63379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.07 |
|---|---|---|---|

**Emerson Oil Company, Inc.**
**P.O. Box 240**
**Homer, LA 71040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,216.23 |
|---|---|---|---|

**EMS Electric**
**P.O. Box 1356**
**West Monroe, LA 71294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.25 |
|---|---|---|---|
| | **Energy Worldnet, Inc.**<br>**P.O. Box 2106**<br>**Decatur, TX 76234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.87 |
|---|---|---|---|
| | **Entergy**<br>**PO Box 8108**<br>**Baton Rouge, LA 70891-8108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,358.22 |
|---|---|---|---|
| | **Enviornmental Coordination Srv**<br>**3237 US Hwy 19**<br>**Cochranton, PA 16314** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,459.28 |
|---|---|---|---|
| | **Equipment & Parts, Inc.**<br>**5610 E. Loop 281 S**<br>**Longview, TX 75602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|
| | **eVERFILE**<br>**Attn: Lockbox 392483**<br>**500 Ross Street 154-0455**<br>**Pittsburgh, PA 15262-0001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,952.08 |
|---|---|---|---|
| | **Fastenal Company**<br>**P.O. Box 1286**<br>**Winona, MN 55987-1286** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **0264** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.40 |
|---|---|---|---|
| | **FleetPride**<br>**P.O. Box 847118**<br>**Dallas, TX 75284-7118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,110.91 |
|---|---|---|---|

**Fuelman Fleet Program**
P.O. Box 70995
Charlotte, NC 28272-0992

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95,711.50 |
|---|---|---|---|

**Fusion Industries, LLC**
P.O. Box 16340
Oklahoma City, OK 73113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,803.81 |
|---|---|---|---|

**Gajeske, Inc.**
1314 Oakdale Rd.
Grand Prairie, TX 75050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,431.19 |
|---|---|---|---|

**GIL Thermes Fence Co., Inc.**
224 Canton Rd.
Wintersville, OH 43953

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,996.00 |
|---|---|---|---|

**Global Tracking Communications**
27244 Via Industria
Temecula, CA 92590

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $467.74 |
|---|---|---|---|

**Great American Financial Service**
PO Box 660831
Dallas, TX 75266-0831

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $588.89 |
|---|---|---|---|

**H & E Equipment Services, Inc.**
P.O. Box 849850
Dallas, TX 75284-9850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,343.20 |
|---|---|---|---|

**H & H X-Ray Services, Inc.**
P.O. Drawer 517
West Monroe, LA 71294-0517

Date(s) debt was incurred _
Last 4 digits of account number  **DEE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64.76 |
|---|---|---|---|

**Harrison Paint Co., Inc.**
1526 Fairfield Ave.
Shreveport, LA 71101

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,735.38 |
|---|---|---|---|

**Hertz Equipment Rental**
P.O. Box 650280
Dallas, TX 75265-0280

Date(s) debt was incurred _
Last 4 digits of account number  **1832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,872.35 |
|---|---|---|---|

**Hi-Tech Testing, Inc.**
P.O. Box 677753
Dallas, TX 75267-7753

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,312.64 |
|---|---|---|---|

**Hines Location Lighting**
P.O. Box 189
Lindsay, OK 73052

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,865.00 |
|---|---|---|---|

**Hobson & Son, LLC**
341 Hwy 2
Sterlington, LA 71280

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,220.77 |
|---|---|---|---|

**Hum's Hardware & Rental**
3901 E. Broadway
North Little Rock, AR 72114

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,544.00** |
|---|---|---|---|
| | **HYTORC**<br>**333 Route 17 N**<br>**Mahwah, NJ 07430** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$36,944.25** |
|---|---|---|---|
| | **ICR Equipment Rental**<br>**3351 Hamilton Street**<br>**Bellaire, OH 43906** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number 111** | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,187.00** |
|---|---|---|---|
| | **IHS Global, Inc.**<br>**P.O. Box 34960**<br>**Seattle, WA 98124-1960** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number 6693** | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,040.99** |
|---|---|---|---|
| | **Interstate Industries, Inc.**<br>**P.O. Box 7774**<br>**Shreveport, LA 71137** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,284.00** |
|---|---|---|---|
| | **Intertek**<br>**P.O. Box 419435**<br>**Boston, MA 02241-9435** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$515.82** |
|---|---|---|---|
| | **J.J. Keller & Associates, Inc.**<br>**P.O. Box 6609**<br>**Carol Stream, IL 60197-6609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,766.25** |
|---|---|---|---|
| | **Jones & Odom, LLP**<br>**2124 Fairfield Ave.**<br>**Shreveport, LA 71104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

17-80717 - #1  File 07/17/17  Enter 07/17/17 16:18:50  Main Document  Pg 33 of 128

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,107.16** |
|---|---|---|---|

**JPS Equipment Rental, LLC**
**P.O. Box 2357**
**West Monroe, LA 71294-2357**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,179.39** |
|---|---|---|---|

**Kloeckner Metals Corporation**
**P.O. Box 200040**
**Dallas, TX 75320-0040**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4038**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,579.44** |
|---|---|---|---|

**Komatsu Financial**
**P.O. Box 99303**
**Chicago, IL 60693-9303**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2835**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,028.74** |
|---|---|---|---|

**Komatsu Financial**
**P.O. Box 99303**
**Chicago, IL 60693-9303**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Komatsu D65 Dozer**

Last 4 digits of account number **0008**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,910.23** |
|---|---|---|---|

**Komatsu Financial**
**P.O. Box 99303**
**Chicago, IL 60693-9303**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Taxes on D65 Dozer**

Last 4 digits of account number **5010**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39.60** |
|---|---|---|---|

**LA Dept of Enviornmental Quality**
**Financial Services Division**
**P.O. Box 4311**
**Baton Rouge, LA 70821-4313**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,490.00** |
|---|---|---|---|

**Lane Construction Co. of MS**
**P.O. Box 1437**
**Ocean Springs, MS 39566-1437**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$158.40** |
|------|------------------------------------------------------|---------------------------------------------------------------------|-------------|
| | **LegalShield**<br>**P.O. Box 2626**<br>**Ada, OK 74821-2629** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.53** |
|------|------------------------------------------------------|---------------------------------------------------------------------|-----------|
| | **LUSCO-Baton Rouge # 1221**<br>**P.O. Box 847411**<br>**Dallas, TX 75284-7411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **7780** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,248.26** |
|------|------------------------------------------------------|---------------------------------------------------------------------|---------------|
| | **Mark Tool Co., Inc.**<br>**P.O. Box 261**<br>**Franklin, LA 70538** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,349.42** |
|------|------------------------------------------------------|---------------------------------------------------------------------|----------------|
| | **Martin Marietta Materials, Inc.**<br>**P.O. Box 677061**<br>**Dallas, TX 75267-7061** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **8947** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,543.31** |
|------|------------------------------------------------------|---------------------------------------------------------------------|----------------|
| | **Matheson Tri-Gas, Inc.**<br>**P.O. Box 347297**<br>**Pittsburgh, PA 15251-4297** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,296.00** |
|------|------------------------------------------------------|---------------------------------------------------------------------|---------------|
| | **MedExpress Urgent Care, Inc WV**<br>**P.O. Box 7959**<br>**Belfast, ME 04915-7900** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,035.00** |
|-------|------------------------------------------------------|---------------------------------------------------------------------|---------------|
| | **Mid South Boring & Piping**<br>**1132 Collierville Arlington Rd.**<br>**Collierville, TN 38107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $221.25 |
|---|---|---|---|
| | **MidSouth Metals**<br>**P.O. Box 740209**<br>**Atlanta, GA 30374-0209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,163.00 |
|---|---|---|---|
| | **MPC Containment Systems, LLC**<br>**4834 South Oakley Ave.**<br>**Chicago, IL 60609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $270,653.68 |
|---|---|---|---|
| | **MRC Global (US) Inc.**<br>**P.O. Box 204392**<br>**Dallas, TX 75320-4392** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **2907** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $332.50 |
|---|---|---|---|
| | **National Safety Counsel**<br>**ArkLaTex Chapter**<br>**8101 Kingston Rd., # 107**<br>**Shreveport, LA 71108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,356.18 |
|---|---|---|---|
| | **National Trench Safety**<br>**P.O. Box 750963**<br>**Houston, TX 77075** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,585.01 |
|---|---|---|---|
| | **Neff Rental, LLC**<br>**P.O. Box 405138**<br>**Atlanta, GA 30384-5138** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,409.90 |
|---|---|---|---|
| | **Oakley Louisiana, Inc.**<br>**11210 Doug Attaway Drive**<br>**Shreveport, LA 71115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

17-80717 - #1  File 07/17/17  Enter 07/17/17 16:18:50  Main Document   Pg 36 of 128

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.46 |
|---|---|---|---|
| | **Office of Motor Vehicles**<br>**301 Morris Drive**<br>**Minden, LA 71055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,888.10 |
|---|---|---|---|
| | **Ohio CAT Rental**<br>**Box 774439**<br>**4439 Solutions Center**<br>**Chicago, IL 60677-4004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number <u>1578</u> | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,195.79 |
|---|---|---|---|
| | **Oil & Gas Safety Supply**<br>**1230 Jefferson Ave.**<br>**Washington, PA 15301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $494.96 |
|---|---|---|---|
| | **Outhouse Rental, LLC**<br>**2311 Bienville Drive**<br>**Monroe, LA 71201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $295.00 |
|---|---|---|---|
| | **Overnight Software, Inc.**<br>**1212 N. Velasco, Ste. 110**<br>**Angleton, TX 77515** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,302.10 |
|---|---|---|---|
| | **OWC Inc.**<br>**9320 Hwy 80**<br>**Minden, LA 71055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,034.00 |
|---|---|---|---|
| | **Pioneer One**<br>**11140 N. State Rd. 67**<br>**Mooresville, IN 46158** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $980.52 |
|---|---|---|---|
| | **Pitney Bowes**<br>P.O. Box 371874<br>Pittsburgh, PA 15250-7874 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **0861** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $249.74 |
|---|---|---|---|
| | **Pitney Bowes Global Financial**<br>P.O. Box 371887<br>Pittsburgh, PA 15250-7887 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **0548** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,325.56 |
|---|---|---|---|
| | **POCO Properties, LLC**<br>P.O. Box 97<br>Sibley, LA 71073-0097 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,506.28 |
|---|---|---|---|
| | **Powerplan**<br>21310 Network Place<br>Chicago, IL 60673-1213 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Leslie Equipment** | |
| | Last 4 digits of account number **7828** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,000.00 |
|---|---|---|---|
| | **Precision Pigging, LLC**<br>5868 Westheimer Rd. #544<br>Houston, TX 77057 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,537.91 |
|---|---|---|---|
| | **Price Supply, Inc.**<br>109 Cason Rd.<br>Broussard, LA 70518 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **O111** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,362.80 |
|---|---|---|---|
| | **Professional Service Industries**<br>P.O. Box 74008418<br>Chicago, IL 60674-8418 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,200.95 |
|---|---|---|---|

**Provident Farm Supply, Inc.**
69616 Vineyard Rd.
Saint Clairsville, OH 43950

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,120.18 |
|---|---|---|---|

**PSI-Protection Services, Inc.**
P.O. Box 645202
Pittsburgh, PA 15264-5202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,636.86 |
|---|---|---|---|

**PSS Companies**
1010 Lamar, Ste. 710
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5634**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,638.33 |
|---|---|---|---|

**Quality Lube**
924 Homer Rd.
Minden, LA 71055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $851.25 |
|---|---|---|---|

**Querbes & Nelson**
P.O. Box 5
Shreveport, LA 71161-0005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,904.43 |
|---|---|---|---|

**Rain for Rent**
File 52541
Los Angeles, CA 90074-2541

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,622.93 |
|---|---|---|---|

**Razorback Concrete Company**
P.O. Box 16607
Wichita, KS 67216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

17-80717 - #1  File 07/17/17  Enter 07/17/17 16:18:50  Main Document  Pg 39 of 128

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,468.55 |
|---|---|---|---|

**Red Ball Oxygen**
P.O. Box 7316
Shreveport, LA 71137-7316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  8483

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.37 |
|---|---|---|---|

**Red River Chevrolet**
221 Traffice Street
Bossier City, LA 71111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249.54 |
|---|---|---|---|

**Republic Services**
P.O. Box 9001099
Louisville, KY 40290-1099

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,228.00 |
|---|---|---|---|

**Sanders Machine Inc.**
200 Corporate Drive
Sibley, LA 71073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,747.35 |
|---|---|---|---|

**Satellite Shelters, Inc.**
2530 Xenium Lane, Ste. 150
Minneapolis, MN 55441

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  6291

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,035.01 |
|---|---|---|---|

**Scott Equipment Company, LLC**
P.O. Box 7827
Shreveport, LA 71137-7827

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  L043

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,899.71 |
|---|---|---|---|

**Scott Massey, CPA, LLC**
333 Texas Street, Ste. 700
Shreveport, LA 71101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,175.10 |
|---|---|---|---|

**Shreveport Tractor, Inc.**
6909 Westport Ave.
Shreveport, LA 71129

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $512,697.84 |
|---|---|---|---|

**Siemens Financial**
P.O. Box 2083
Carol Stream, IL 60132-2083

Date(s) debt was incurred _____

Last 4 digits of account number **4000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vermeer D100x120II Directional Drill**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $833.61 |
|---|---|---|---|

**Southern Tire Mart, LLC**
DEPT. 143
P.O. Box 1000
Memphis, TN 38148-0143

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,588.20 |
|---|---|---|---|

**Southland Safety, LLC**
P.O. Box 1435
Henderson, TX 75653-1435

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,620.59 |
|---|---|---|---|

**Specialty Sand Company**
16601 Garrett Rd.
Houston, TX 77044

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,965.82 |
|---|---|---|---|

**Stallion Production Services**
P.O. Box 842364
Dallas, TX 75284-2364

Date(s) debt was incurred _____

Last 4 digits of account number **U013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,461.26 |
|---|---|---|---|

**Standard Crane & Hoist, LLC**
14694 Airline Hwy
Destrehan, LA 70047

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,386.49 |
|---|---|---|---|

**Stuart's Inc.**
P.O. Box 5337
Shreveport, LA 71135

Date(s) debt was incurred _
Last 4 digits of account number  **2527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $630.00 |
|---|---|---|---|

**Sue's Recycling & Sanitation LLC**
P.O. Box 2367
Muskogee, OK 74402-2367

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,536.29 |
|---|---|---|---|

**Sunbelt Rentals, Inc.**
P.O. Box 409211
Atlanta, GA 30384-9211

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $854.04 |
|---|---|---|---|

**Target Oilfield Services, LLC**
7228 West Bert Kouns
Shreveport, LA 71129

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,492.24 |
|---|---|---|---|

**TEI Analytical Services, Inc.**
P.O. Box 844474
Dallas, TX 75284-4474

Date(s) debt was incurred _
Last 4 digits of account number  **DE01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,706.07 |
|---|---|---|---|

**Total Safety U.S., Inc.**
P.O. Box 974686
Dallas, TX 75397-4686

Date(s) debt was incurred _
Last 4 digits of account number  **7345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $188.08 |
|---|---|---|---|

**Tricor Industrial, Inc.**
P.O. Box 752
Wooster, OH 44691

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.70 |
|---|---|---|---|
| | **Union County**<br>**101 North Washington Ste. 101**<br>**El Dorado, AR 71730** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,822.68 |
|---|---|---|---|
| | **Unit Liner Company**<br>**7901 N. Kickapoo**<br>**Shawnee, OK 74804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,734.54 |
|---|---|---|---|
| | **United Rentals**<br>**P.O. Box 840514**<br>**Dallas, TX 75284-0514** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1352** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,055.75 |
|---|---|---|---|
| | **US Environmental Services, LLC**<br>**P.O. Box 677261**<br>**Dallas, TX 75267-7261** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $390.00 |
|---|---|---|---|
| | **Veriforce**<br>**1575 Sawdust Rd., Ste. 600**<br>**The Woodlands, TX 77380** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,321.80 |
|---|---|---|---|
| | **Verizon Wireless**<br>**PO Box 660108**<br>**Dallas, TX 75266-0108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **0002** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,610.38 |
|---|---|---|---|
| | **Vermeer Midsouth, Inc.**<br>**P.O. Box 1798**<br>**Dept 07-013**<br>**Memphis, TN 38101-9715** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **7223** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.157 | **Nonpriority creditor's name and mailing address**<br>**Village Hardware & Rental, Inc.**<br>**112 Mill Street**<br>**Barnesville, OH 43713** | As of the petition filing date, the claim is: *Check all that apply.*  **$2,480.36**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.158 | **Nonpriority creditor's name and mailing address**<br>**Waste Management of Little Rock**<br>**P.O. Box 9001054**<br>**Louisville, KY 40290-1054** | As of the petition filing date, the claim is: *Check all that apply.*  **$2,071.19**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.159 | **Nonpriority creditor's name and mailing address**<br>**Waste Management of Ohio, Inc.**<br>**P.O. Box 4648**<br>**Carol Stream, IL 60197-4648** | As of the petition filing date, the claim is: *Check all that apply.*  **$1,547.26**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.160 | **Nonpriority creditor's name and mailing address**<br>**Wells Fargo Financial Leasing**<br>**P.O. Box 10306**<br>**Des Moines, IA 50306-0306** | As of the petition filing date, the claim is: *Check all that apply.*  **$46.55**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.161 | **Nonpriority creditor's name and mailing address**<br>**Wells Fargo Vendor**<br>**P.O. Box 650016**<br>**Dallas, TX 75265-0016** | As of the petition filing date, the claim is: *Check all that apply.*  **$1,300.30**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number  **9315**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.162 | **Nonpriority creditor's name and mailing address**<br>**WELSCO, INC.**<br>**P.O. Box 52163**<br>**Lafayette, LA 70505-2163** | As of the petition filing date, the claim is: *Check all that apply.*  **$5,089.26**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number  **5973**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.163 | **Nonpriority creditor's name and mailing address**<br>**Wheeling Hospital**<br>**Attn: Revenue Cycle**<br>**1 Medical Park**<br>**Wheeling, WV 26003** | As of the petition filing date, the claim is: *Check all that apply.*  **$155.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,827.49 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|
| | **Williams Recycling** | ☐ Contingent | |
| | **P.O. Box 565** | ☐ Unliquidated | |
| | **Saucier, MS 39574** | ☐ Disputed | |
| | Date(s) debt was incurred ＿ | Basis for the claim: ＿ | |
| | Last 4 digits of account number ＿ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $433.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|
| | **WPIT, INC.** | ☐ Contingent | |
| | **dba Southern Disposal Service** | ☐ Unliquidated | |
| | **3350 Old Shed Rd.** | ☐ Disputed | |
| | **Bossier City, LA 71111** | | |
| | Date(s) debt was incurred ＿ | Basis for the claim: ＿ | |
| | Last 4 digits of account number ＿ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--|---------------------------|---------------------------------------------------------------------------|------------------------------------------|
| 4.1 | **Belinda Washington**<br>**Sunbelt Colletions Dept**<br>**P.O.Box 409211**<br>**Atlanta, GA 30384** | Line **3.145**<br>☐ Not listed. Explain ＿＿＿ | ＿ |
| 4.2 | **Bryant Marshall**<br>**P.O. Box 4034**<br>**500 West Washington**<br>**Jonesboro, AR 72403** | Line **3.128**<br>☐ Not listed. Explain ＿＿＿ | ＿ |
| 4.3 | **Darlene Mosha**<br>**Account Control Rep**<br>**Herc Rentals Inc.**<br>**14501 Hertz Quail Springs Pkwy**<br>**Oklahoma City, OK 73134-2628** | Line **3.75**<br>☐ Not listed. Explain ＿＿＿ | **1832** |
| 4.4 | **David M. Kerth**<br>**Jones Walker, LLP**<br>**8555 United Plaza Blvd.**<br>**Baton Rouge, LA 70809-7000** | Line **3.47**<br>☐ Not listed. Explain ＿＿＿ | ＿ |
| 4.5 | **Deloris Williams**<br>**Fleetcor Technologies**<br>**16800 Greenpoint Park Dr.**<br>**Suite 255N**<br>**Houston, TX 77060** | Line **3.66**<br>☐ Not listed. Explain ＿＿＿ | ＿ |
| 4.6 | **Edward F. Bukaty**<br>**One Galleria Blvd., Ste. 1810**<br>**Metairie, LA 70001** | Line **3.4**<br>☐ Not listed. Explain ＿＿＿ | ＿ |
| 4.7 | **Edward F. Bukaty, III**<br>**One Galleria Blvd., Ste 1810**<br>**Metairie, LA 70001-7571** | Line **3.53**<br>☐ Not listed. Explain ＿＿＿ | ＿ |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.8 **Hilary Reagin**<br>**Reagin Law Firm, PLLC**<br>**1415 South Voss, Ste. #110-145**<br>**Houston, TX 77057** | Line **3.105**<br>☐ Not listed. Explain ____ | _ |
| 4.9 **Holly S. Planinsic**<br>**Herndon Herndon Morton & Yaeger**<br>**83 Edgington Lane**<br>**Wheeling, WV 26003-1541** | Line **3.97**<br>☐ Not listed. Explain ____ | _ |
| 4.10 **Jacki Moore**<br>**P.O. Box 660831**<br>**Dallas, TX 75266** | Line **3.71**<br>☐ Not listed. Explain ____ | _ |
| 4.11 **James M. Lloyd**<br>**Lloyd & McDaniel**<br>**P.O. Box 23200**<br>**Louisville, KY 40223-0200** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.12 **Jeffrey P. Kitner**<br>**Jackson Walker LLP**<br>**2323 Ross Ave., Suite 600**<br>**Dallas, TX 75201** | Line **3.151**<br>☐ Not listed. Explain ____ | _ |
| 4.13 **Jenny Yaucher**<br>**Recievables Control Corp.**<br>**7373 Kirkwood Court, Suite 200**<br>**Minneapolis, MN 55369** | Line **3.133**<br>☐ Not listed. Explain ____ | _ |
| 4.14 **Lisa Adams**<br>**(CTB) Commercial Trade Inc.**<br>**P.O. Box 10839**<br>**Bakersfield, CA 93389** | Line **3.127**<br>☐ Not listed. Explain ____ | _ |
| 4.15 **Mark A. Mintz**<br>**Jones Walker LLP**<br>**201 St. Charles Ave., 49th Floor**<br>**New Orleans, LA 70170-5100** | Line **3.151**<br>☐ Not listed. Explain ____ | _ |
| 4.16 **Michelle Dillon**<br>**Altus Global Trade Solutions**<br>**2400 Veterans Memorial Blvd.**<br>**Suite 300**<br>**Kenner, LA 70062** | Line **3.80**<br>☐ Not listed. Explain ____ | _ |
| 4.17 **Pamela Ashcraft**<br>**Tucker Albine & Associates**<br>**1702 N.Collins Blvd. Suite 100**<br>**Richardson, TX 75080** | Line **3.30**<br>☐ Not listed. Explain ____ | _ |
| 4.18 **Rusty Sewell**<br>**Winstead - collections**<br>**25 Waterway Avenue, Suite 500**<br>**Spring, TX 77380** | Line **3.153**<br>☐ Not listed. Explain ____ | _ |
| 4.19 **Thomas Zuccaro**<br>**Greenburg, Grant and Richards**<br>**5858 Westheimer Rd., Ste. 500**<br>**Houston, TX 77057** | Line **3.106**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Double Eagle Energy Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.20 | **Thomas Zuccaro**<br>**Greenburg, Grant & Richards**<br>**2591 Dallas Parkway, Suite 300**<br>**Frisco, TX 75034** | Line **3.103**<br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Tiffany Romano**<br>**Morgan, Cohen & Bach, LLC**<br>**2555 N. Coyote Dr., Ste. 101**<br>**Tucson, AZ 85745** | Line **3.87**<br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Tiffany Romano**<br>**Morgan, Cohen & Bach, LLC**<br>**2555 N. Coyote Dr., Ste. 101**<br>**Tucson, AZ 85745** | Line **3.58**<br>☐ Not listed. Explain ____ | _ |
| 4.23 | **William Wright**<br>**Macarthy, Burgess & Wolf**<br>**MB&W Building, 26000 Cannon Rd.**<br>**Cleveland, OH 44146** | Line **3.82**<br>☐ Not listed. Explain ____ | _ |
| 4.24 | **William Wright**<br>**Macarthy, Burgess & Wolf**<br>**MB&W Building, 26000 Cannon Rd.**<br>**Cleveland, OH 44146** | Line **3.152**<br>☐ Not listed. Explain ____ | _ |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 10,269.38 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,623,831.80 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,634,101.18 |

Debtor name **Double Eagle Energy Services, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest   **Funding Service Agreement** | |
| State the term remaining   **2 yrs.** | **Allegiance Capital Corporation** |
| List the contract number of any government contract | **16400 Dallas Pkwy, Ste. 300** **Dallas, TX 75248** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest   **Copier lease / Noncancelable for full agreement term** | |
| State the term remaining   **Expires Nov 2017** | **Great American Financial Svc.** |
| List the contract number of any government contract | **PO Box 660831** **Dallas, TX 75266-0831** |

Fill in this information to identify the case:

Debtor name     **Double Eagle Energy Services, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)  _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **A Clean Potty** | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.2 **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **A. Quiroz Trucking &**<br>**Backhoe** | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |
| 2.3 **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **ABC Automated**<br>**Business Concepts,** | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |
| 2.4 **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Acuren Inspection,**<br>**Inc.** | ☐ D _____<br>■ E/F ___3.4___<br>☐ G _____ |
| 2.5 **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Advanced**<br>**Environmental**<br>**Complianc** | ☐ D _____<br>■ E/F ___3.5___<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Bobby Ratcliff Jr.**    P.O. Box 146    Cotton Valley, LA 71018 | **AFCO** | ☐ D _____    ■ E/F __3.6__    ☐ G _____ |
| 2.7 | **Bobby Ratcliff Jr.**    P.O. Box 146    Cotton Valley, LA 71018 | **AGC Shreveport Chapter** | ☐ D _____    ■ E/F __3.7__    ☐ G _____ |
| 2.8 | **Bobby Ratcliff Jr.**    P.O. Box 146    Cotton Valley, LA 71018 | **Agland Co-op., Inc.** | ☐ D _____    ■ E/F __3.8__    ☐ G _____ |
| 2.9 | **Bobby Ratcliff Jr.**    P.O. Box 146    Cotton Valley, LA 71018 | **Airgas USA, LLC** | ☐ D _____    ■ E/F __3.9__    ☐ G _____ |
| 2.10 | **Bobby Ratcliff Jr.**    P.O. Box 146    Cotton Valley, LA 71018 | **Albama Dept. of Revenue** | ☐ D _____    ■ E/F __2.1__    ☐ G _____ |
| 2.11 | **Bobby Ratcliff Jr.**    P.O. Box 146    Cotton Valley, LA 71018 | **American Driving Records** | ☐ D _____    ■ E/F __3.10__    ☐ G _____ |
| 2.12 | **Bobby Ratcliff Jr.**    P.O. Box 146    Cotton Valley, LA 71018 | **American Fence Company, Inc.** | ☐ D _____    ■ E/F __3.11__    ☐ G _____ |
| 2.13 | **Bobby Ratcliff Jr.**    P.O. Box 146    Cotton Valley, LA 71018 | **Analytic Stress** | ☐ D _____    ■ E/F __3.12__    ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor** | Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.14 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Angel Safety Supply** | ☐ D _____<br>■ E/F **3.13**<br>☐ G _____ |
| 2.15 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Apex Redi-Mixed Concrete Co.** | ☐ D _____<br>■ E/F **3.14**<br>☐ G _____ |
| 2.16 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Area Wholesale Tire Company, LLC** | ☐ D _____<br>■ E/F **3.15**<br>☐ G _____ |
| 2.17 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Arkansas Marketers, Inc.** | ☐ D _____<br>■ E/F **3.16**<br>☐ G _____ |
| 2.18 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Arkansas Portable Toilets** | ☐ D _____<br>■ E/F **3.17**<br>☐ G _____ |
| 2.19 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Associated Time and Parking Cont** | ☐ D _____<br>■ E/F **3.18**<br>☐ G _____ |
| 2.20 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **AT&T** | ☐ D _____<br>■ E/F **3.19**<br>☐ G _____ |
| 2.21 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **AT&T** | ☐ D _____<br>■ E/F **3.20**<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **Bobby Ratcliff Jr.**   P.O. Box 146 Cotton Valley, LA 71018 | **AT&T** | ☐ D _____ ■ E/F **3.21** ☐ G _____ |
| 2.23 | **Bobby Ratcliff Jr.**   P.O. Box 146 Cotton Valley, LA 71018 | **AT&T** | ☐ D _____ ■ E/F **3.22** ☐ G _____ |
| 2.24 | **Bobby Ratcliff Jr.**   P.O. Box 146 Cotton Valley, LA 71018 | **Atlas Copco Rental, LLC** | ☐ D _____ ■ E/F **3.23** ☐ G _____ |
| 2.25 | **Bobby Ratcliff Jr.**   P.O. Box 146 Cotton Valley, LA 71018 | **AZZ Galvanizing** | ☐ D _____ ■ E/F **3.24** ☐ G _____ |
| 2.26 | **Bobby Ratcliff Jr.**   P.O. Box 146 Cotton Valley, LA 71018 | **B & B Rental & Sales, Inc.** | ☐ D _____ ■ E/F **3.25** ☐ G _____ |
| 2.27 | **Bobby Ratcliff Jr.**   P.O. Box 146 Cotton Valley, LA 71018 | **Bank Direct Capital Finance** | ☐ D _____ ■ E/F **3.26** ☐ G _____ |
| 2.28 | **Bobby Ratcliff Jr.**   P.O. Box 146 Cotton Valley, LA 71018 | **Bankcard Center** | ☐ D _____ ■ E/F **3.27** ☐ G _____ |
| 2.29 | **Bobby Ratcliff Jr.**   P.O. Box 146 Cotton Valley, LA 71018 | **Bankcard Center** | ☐ D _____ ■ E/F **3.28** ☐ G _____ |

| | | |
|---|---|---|
| **Additional Page to List More Codebtors** | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
|---|---|---|

| | | | |
|---|---|---|---|
| 2.30 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Bills Towing** |

☐ D _____
■ E/F __3.29__
☐ G _____

| | | | |
|---|---|---|---|
| 2.31 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **BlueLine Rental, LLC** |

☐ D _____
■ E/F __3.30__
☐ G _____

| | | | |
|---|---|---|---|
| 2.32 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **BMB Rentals, LLC** |

☐ D _____
■ E/F __3.31__
☐ G _____

| | | | |
|---|---|---|---|
| 2.33 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Bobby Ratcliff, Jr.** |

☐ D _____
■ E/F __3.32__
☐ G _____

| | | | |
|---|---|---|---|
| 2.34 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Bobby Ratcliff, Sr.** |

☐ D _____
■ E/F __3.35__
☐ G _____

| | | | |
|---|---|---|---|
| 2.35 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Builders Supply**<br>**Company, Inc.** |

☐ D _____
■ E/F __3.37__
☐ G _____

| | | | |
|---|---|---|---|
| 2.36 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Bobby Ratcliff, Sr.** |

☐ D _____
■ E/F __3.34__
☐ G _____

| | | | |
|---|---|---|---|
| 2.37 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Central Arkansas**<br>**Water** |

☐ D _____
■ E/F __3.38__
☐ G _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |

| 2.38 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Century Ready-Mix<br>Corporation | ☐ D _____<br>■ E/F __3.39__<br>☐ G _____ |
|---|---|---|---|---|
| 2.39 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Cintas First Aid &<br>Safety | ☐ D _____<br>■ E/F __3.40__<br>☐ G _____ |
| 2.40 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | City of Biloxi Water<br>Dept. | ☐ D _____<br>■ E/F __3.41__<br>☐ G _____ |
| 2.41 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Clint Daniels<br>Incorporated | ☐ D _____<br>■ E/F __3.42__<br>☐ G _____ |
| 2.42 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Columbus Equipment<br>Company | ☐ D _____<br>■ E/F __3.43__<br>☐ G _____ |
| 2.43 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Colvin, Smith &<br>McKay Firm | ☐ D _____<br>■ E/F __3.44__<br>☐ G _____ |
| 2.44 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Complete Repair<br>Service, Inc. | ☐ D _____<br>■ E/F __3.45__<br>☐ G _____ |
| 2.45 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Construction Safety<br>Products Inc | ☐ D _____<br>■ E/F __3.46__<br>☐ G _____ |

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.46 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **ControlWorx, LLC** | ☐ D _____<br>■ E/F __3.47__<br>☐ G _____ |
| 2.47 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Crossbridge**<br>**Compliance** | ☐ D _____<br>■ E/F __3.48__<br>☐ G _____ |
| 2.48 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Dandy Products, Inc.** | ☐ D _____<br>■ E/F __3.49__<br>☐ G _____ |
| 2.49 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Darby Equipment**<br>**Company** | ☐ D _____<br>■ E/F __3.50__<br>☐ G _____ |
| 2.50 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Diamond Tank**<br>**Rental, Inc.** | ☐ D _____<br>■ E/F __3.51__<br>☐ G _____ |
| 2.51 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Ditch Witch - Benton**<br>**Branch** | ☐ D _____<br>■ E/F __3.52__<br>☐ G _____ |
| 2.52 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **DNOW L.P.** | ☐ D _____<br>■ E/F __3.53__<br>☐ G _____ |
| 2.53 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Downer, Jones,**<br>**Marino & Wilhile** | ☐ D _____<br>■ E/F __3.54__<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.54 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | E.D.C. Transportation | ☐ D _____<br>■ E/F _**3.55**_<br>☐ G _____ |
| 2.55 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Eagle Compression | ☐ D _____<br>■ E/F _**3.56**_<br>☐ G _____ |
| 2.56 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Emerson Oil<br>Company, Inc. | ☐ D _____<br>■ E/F _**3.57**_<br>☐ G _____ |
| 2.57 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | EMS Electric | ☐ D _____<br>■ E/F _**3.58**_<br>☐ G _____ |
| 2.58 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Energy Worldnet, Inc. | ☐ D _____<br>■ E/F _**3.59**_<br>☐ G _____ |
| 2.59 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Entergy | ☐ D _____<br>■ E/F _**3.60**_<br>☐ G _____ |
| 2.60 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Enviornmental<br>Coordination Srv | ☐ D _____<br>■ E/F _**3.61**_<br>☐ G _____ |
| 2.61 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Equipment & Parts,<br>Inc. | ☐ D _____<br>■ E/F _**3.62**_<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.62 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **eVERFILE** | ☐ D _____<br>■ E/F  **3.63**<br>☐ G _____ |

| | | | | |
|---|---|---|---|---|
| 2.62 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **eVERFILE** | ☐ D _____<br>■ E/F  **3.63**<br>☐ G _____ |
| 2.63 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Fastenal Company** | ☐ D _____<br>■ E/F  **3.64**<br>☐ G _____ |
| 2.64 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **FleetPride** | ☐ D _____<br>■ E/F  **3.65**<br>☐ G _____ |
| 2.65 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Ford Credit** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.66 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Fuelman Fleet Program** | ☐ D _____<br>■ E/F  **3.66**<br>☐ G _____ |
| 2.67 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Fusion Industries, LLC** | ☐ D _____<br>■ E/F  **3.67**<br>☐ G _____ |
| 2.68 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Gajeske, Inc.** | ☐ D _____<br>■ E/F  **3.68**<br>☐ G _____ |
| 2.69 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Gibsland Bank & Trust** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.70 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Gibsland Bank &**<br>**Trust** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.71 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Gibsland Bank &**<br>**Trust** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.72 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Gibsland Bank &**<br>**Trust** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.73 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **GIL Thermes Fence**<br>**Co., Inc.** | ☐ D ____<br>■ E/F __3.69__<br>☐ G ____ |
| 2.74 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Global Tracking**<br>**Communications** | ☐ D ____<br>■ E/F __3.70__<br>☐ G ____ |
| 2.75 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Great American**<br>**Financial Service** | ☐ D ____<br>■ E/F __3.71__<br>☐ G ____ |
| 2.76 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **H & E Equipment**<br>**Services, Inc.** | ☐ D ____<br>■ E/F __3.72__<br>☐ G ____ |
| 2.77 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **H & H X-Ray**<br>**Services, Inc.** | ☐ D ____<br>■ E/F __3.73__<br>☐ G ____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| 2.78 | **Bobby Ratcliff Jr.**    P.O. Box 146<br>Cotton Valley, LA 71018 | **Harrison Paint Co., Inc.** | ☐ D _____<br>■ E/F __3.74__<br>☐ G _____ |
| 2.79 | **Bobby Ratcliff Jr.**    P.O. Box 146<br>Cotton Valley, LA 71018 | **Hertz Equipment Rental** | ☐ D _____<br>■ E/F __3.75__<br>☐ G _____ |
| 2.80 | **Bobby Ratcliff Jr.**    P.O. Box 146<br>Cotton Valley, LA 71018 | **Hi-Tech Testing, Inc.** | ☐ D _____<br>■ E/F __3.76__<br>☐ G _____ |
| 2.81 | **Bobby Ratcliff Jr.**    P.O. Box 146<br>Cotton Valley, LA 71018 | **Hines Location Lighting** | ☐ D _____<br>■ E/F __3.77__<br>☐ G _____ |
| 2.82 | **Bobby Ratcliff Jr.**    P.O. Box 146<br>Cotton Valley, LA 71018 | **Hobson & Son, LLC** | ☐ D _____<br>■ E/F __3.78__<br>☐ G _____ |
| 2.83 | **Bobby Ratcliff Jr.**    P.O. Box 146<br>Cotton Valley, LA 71018 | **Hum's Hardware & Rental** | ☐ D _____<br>■ E/F __3.79__<br>☐ G _____ |
| 2.84 | **Bobby Ratcliff Jr.**    P.O. Box 146<br>Cotton Valley, LA 71018 | **HYTORC** | ☐ D _____<br>■ E/F __3.80__<br>☐ G _____ |
| 2.85 | **Bobby Ratcliff Jr.**    P.O. Box 146<br>Cotton Valley, LA 71018 | **ICR Equipment Rental** | ☐ D _____<br>■ E/F __3.81__<br>☐ G _____ |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 2.86 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **IHS Global, Inc.** | ☐ D _____<br>■ E/F __3.82__<br>☐ G _____ |
| 2.87 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Internal Revenue Service** | ☐ D _____<br>■ E/F __2.2__<br>☐ G _____ |
| 2.88 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Internal Revenue Service** | ☐ D _____<br>■ E/F __2.3__<br>☐ G _____ |
| 2.89 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Interstate Industries, Inc.** | ☐ D _____<br>■ E/F __3.83__<br>☐ G _____ |
| 2.90 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Intertek** | ☐ D _____<br>■ E/F __3.84__<br>☐ G _____ |
| 2.91 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **J.J. Keller & Associates, Inc.** | ☐ D _____<br>■ E/F __3.85__<br>☐ G _____ |
| 2.92 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **John Deere Financial** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.93 | **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Jones & Odom, LLP** | ☐ D _____<br>■ E/F __3.86__<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.94 | **Bobby Ratcliff Jr.**  **P.O. Box 146**  **Cotton Valley, LA 71018** | **JPS Equipment**  **Rental, LLC** | ☐ D _____  ■ E/F __3.87__  ☐ G _____ |
| 2.95 | **Bobby Ratcliff Jr.**  **P.O. Box 146**  **Cotton Valley, LA 71018** | **Kloeckner Metals**  **Corporation** | ☐ D _____  ■ E/F __3.88__  ☐ G _____ |
| 2.96 | **Bobby Ratcliff Jr.**  **P.O. Box 146**  **Cotton Valley, LA 71018** | **Komatsu Financial** | ☐ D _____  ■ E/F __3.89__  ☐ G _____ |
| 2.97 | **Bobby Ratcliff Jr.**  **P.O. Box 146**  **Cotton Valley, LA 71018** | **Komatsu Financial** | ☐ D _____  ■ E/F __3.90__  ☐ G _____ |
| 2.98 | **Bobby Ratcliff Jr.**  **P.O. Box 146**  **Cotton Valley, LA 71018** | **Komatsu Financial** | ☐ D _____  ■ E/F __3.91__  ☐ G _____ |
| 2.99 | **Bobby Ratcliff Jr.**  **P.O. Box 146**  **Cotton Valley, LA 71018** | **LA Dept of**  **Enviornmental**  **Quality** | ☐ D _____  ■ E/F __3.92__  ☐ G _____ |
| 2.10 0 | **Bobby Ratcliff Jr.**  **P.O. Box 146**  **Cotton Valley, LA 71018** | **Lane Construction**  **Co. of MS** | ☐ D _____  ■ E/F __3.93__  ☐ G _____ |
| 2.10 1 | **Bobby Ratcliff Jr.**  **P.O. Box 146**  **Cotton Valley, LA 71018** | **LegalShield** | ☐ D _____  ■ E/F __3.94__  ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.102 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Louisiana Dept of<br>Revenue | ☐ D _____<br>■ E/F __2.5__<br>☐ G _____ |
| 2.103 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | LUSCO-Baton Rouge<br># 1221 | ☐ D _____<br>■ E/F __3.95__<br>☐ G _____ |
| 2.104 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Mark Tool Co., Inc. | ☐ D _____<br>■ E/F __3.96__<br>☐ G _____ |
| 2.105 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Martin Marietta<br>Materials, Inc. | ☐ D _____<br>■ E/F __3.97__<br>☐ G _____ |
| 2.106 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Matheson Tri-Gas,<br>Inc. | ☐ D _____<br>■ E/F __3.98__<br>☐ G _____ |
| 2.107 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | MedExpress Urgent<br>Care, Inc WV | ☐ D _____<br>■ E/F __3.99__<br>☐ G _____ |
| 2.108 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Mid South Boring &<br>Piping | ☐ D _____<br>■ E/F __3.100__<br>☐ G _____ |
| 2.109 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | MPC Containment<br>Systems, LLC | ☐ D _____<br>■ E/F __3.102__<br>☐ G _____ |

| ■ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.110 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | MRC Global (US) Inc. | ☐ D _____<br>■ E/F **3.103**<br>☐ G _____ |
| 2.111 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | National Safety Counsel | ☐ D _____<br>■ E/F **3.104**<br>☐ G _____ |
| 2.112 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | National Trench Safety | ☐ D _____<br>■ E/F **3.105**<br>☐ G _____ |
| 2.113 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Neff Rental, LLC | ☐ D _____<br>■ E/F **3.106**<br>☐ G _____ |
| 2.114 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Oakley Louisiana, Inc. | ☐ D _____<br>■ E/F **3.107**<br>☐ G _____ |
| 2.115 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Office of Motor Vehicles | ☐ D _____<br>■ E/F **3.108**<br>☐ G _____ |
| 2.116 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Ohio CAT Rental | ☐ D _____<br>■ E/F **3.109**<br>☐ G _____ |
| 2.117 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Oil & Gas Safety Supply | ☐ D _____<br>■ E/F **3.110**<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.118 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Outhouse Rental, LLC | ☐ D ____<br>■ E/F __3.111__<br>☐ G ____ |
| 2.119 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Overnight Software, Inc. | ☐ D ____<br>■ E/F __3.112__<br>☐ G ____ |
| 2.120 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | OWC Inc. | ☐ D ____<br>■ E/F __3.113__<br>☐ G ____ |
| 2.121 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Pioneer One | ☐ D ____<br>■ E/F __3.114__<br>☐ G ____ |
| 2.122 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Pitney Bowes | ☐ D ____<br>■ E/F __3.115__<br>☐ G ____ |
| 2.123 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Pitney Bowes Global Financial | ☐ D ____<br>■ E/F __3.116__<br>☐ G ____ |
| 2.124 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | POCO Properties, LLC | ☐ D ____<br>■ E/F __3.117__<br>☐ G ____ |
| 2.125 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Powerplan | ☐ D ____<br>■ E/F __3.118__<br>☐ G ____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.126 | Bobby Ratcliff Jr.    P.O. Box 146    Cotton Valley, LA 71018 | Precision Pigging, LLC | ☐ D _____  ■ E/F __3.119__  ☐ G _____ |
| 2.127 | Bobby Ratcliff Jr.    P.O. Box 146    Cotton Valley, LA 71018 | Price Supply, Inc. | ☐ D _____  ■ E/F __3.120__  ☐ G _____ |
| 2.128 | Bobby Ratcliff Jr.    P.O. Box 146    Cotton Valley, LA 71018 | Professional Service Industries | ☐ D _____  ■ E/F __3.121__  ☐ G _____ |
| 2.129 | Bobby Ratcliff Jr.    P.O. Box 146    Cotton Valley, LA 71018 | Provident Farm Supply, Inc. | ☐ D _____  ■ E/F __3.122__  ☐ G _____ |
| 2.130 | Bobby Ratcliff Jr.    P.O. Box 146    Cotton Valley, LA 71018 | PSI-Protection Services, Inc. | ☐ D _____  ■ E/F __3.123__  ☐ G _____ |
| 2.131 | Bobby Ratcliff Jr.    P.O. Box 146    Cotton Valley, LA 71018 | PSS Companies | ☐ D _____  ■ E/F __3.124__  ☐ G _____ |
| 2.132 | Bobby Ratcliff Jr.    P.O. Box 146    Cotton Valley, LA 71018 | Quality Lube | ☐ D _____  ■ E/F __3.125__  ☐ G _____ |
| 2.133 | Bobby Ratcliff Jr.    P.O. Box 146    Cotton Valley, LA 71018 | Querbes & Nelson | ☐ D _____  ■ E/F __3.126__  ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**    Column 2: **Creditor**

| | Codebtor | | Creditor | |
|---|---|---|---|---|
| 2.13 4 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Rain for Rent | ☐ D _____<br>■ E/F __3.127__<br>☐ G _____ |
| 2.13 5 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Razorback Concrete Company | ☐ D _____<br>■ E/F __3.128__<br>☐ G _____ |
| 2.13 6 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Red Ball Oxygen | ☐ D _____<br>■ E/F __3.129__<br>☐ G _____ |
| 2.13 7 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Red River Chevrolet | ☐ D _____<br>■ E/F __3.130__<br>☐ G _____ |
| 2.13 8 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Republic Services | ☐ D _____<br>■ E/F __3.131__<br>☐ G _____ |
| 2.13 9 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Sanders Machine Inc. | ☐ D _____<br>■ E/F __3.132__<br>☐ G _____ |
| 2.14 0 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Satellite Shelters, Inc. | ☐ D _____<br>■ E/F __3.133__<br>☐ G _____ |
| 2.14 1 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Scott Equipment Company, LLC | ☐ D _____<br>■ E/F __3.134__<br>☐ G _____ |

| | Additional Page to List More Codebtors | | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.142 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Scott Massey, CPA, LLC | ☐ D _____<br>■ E/F __3.135__<br>☐ G _____ |
| 2.143 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Shreveport Tractor, Inc. | ☐ D _____<br>■ E/F __3.136__<br>☐ G _____ |
| 2.144 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Siemens Financial | ☐ D _____<br>■ E/F __3.137__<br>☐ G _____ |
| 2.145 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Southern Tire Mart, LLC | ☐ D _____<br>■ E/F __3.138__<br>☐ G _____ |
| 2.146 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Southland Safety, LLC | ☐ D _____<br>■ E/F __3.139__<br>☐ G _____ |
| 2.147 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Specialty Sand Company | ☐ D _____<br>■ E/F __3.140__<br>☐ G _____ |
| 2.148 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Stallion Production Services | ☐ D _____<br>■ E/F __3.141__<br>☐ G _____ |
| 2.149 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Standard Crane & Hoist, LLC | ☐ D _____<br>■ E/F __3.142__<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.150 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Stuart's Inc. | ☐ D _____<br>■ E/F __3.143__<br>☐ G _____ |
| 2.151 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Sue's Recycling &<br>Sanitation LLC | ☐ D _____<br>■ E/F __3.144__<br>☐ G _____ |
| 2.152 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Sunbelt Rentals, Inc. | ☐ D _____<br>■ E/F __3.145__<br>☐ G _____ |
| 2.153 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Target Oilfield<br>Services, LLC | ☐ D _____<br>■ E/F __3.146__<br>☐ G _____ |
| 2.154 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | TCF Financial | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.155 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | TEI Analytical<br>Services, Inc. | ☐ D _____<br>■ E/F __3.147__<br>☐ G _____ |
| 2.156 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Total Safety U.S., Inc. | ☐ D _____<br>■ E/F __3.148__<br>☐ G _____ |
| 2.157 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Tricor Industrial, Inc. | ☐ D _____<br>■ E/F __3.149__<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.158 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Union County | ☐ D _____<br>■ E/F __3.150__<br>☐ G _____ |
| 2.159 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Unit Liner Company | ☐ D _____<br>■ E/F __3.151__<br>☐ G _____ |
| 2.160 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | United Rentals | ☐ D _____<br>■ E/F __3.152__<br>☐ G _____ |
| 2.161 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | US Environmental<br>Services, LLC | ☐ D _____<br>■ E/F __3.153__<br>☐ G _____ |
| 2.162 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Veriforce | ☐ D _____<br>■ E/F __3.154__<br>☐ G _____ |
| 2.163 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Verizon Wireless | ☐ D _____<br>■ E/F __3.155__<br>☐ G _____ |
| 2.164 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Vermeer Midsouth,<br>Inc. | ☐ D _____<br>■ E/F __3.156__<br>☐ G _____ |
| 2.165 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Village Hardware &<br>Rental, Inc. | ☐ D _____<br>■ E/F __3.157__<br>☐ G _____ |

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.16 6 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Waste Management of Little Rock | ☐ D _____<br>■ E/F __3.158__<br>☐ G _____ |
| 2.16 7 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Waste Management of Ohio, Inc. | ☐ D _____<br>■ E/F __3.159__<br>☐ G _____ |
| 2.16 8 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Wells Fargo | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 9 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Wells Fargo | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.17 0 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Wells Fargo | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.17 1 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Wells Fargo Financial Leasing | ☐ D _____<br>■ E/F __3.160__<br>☐ G _____ |
| 2.17 2 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | Wells Fargo Vendor | ☐ D _____<br>■ E/F __3.161__<br>☐ G _____ |
| 2.17 3 | Bobby Ratcliff Jr. | P.O. Box 146<br>Cotton Valley, LA 71018 | WELSCO, INC. | ☐ D _____<br>■ E/F __3.162__<br>☐ G _____ |

Official Form 206H

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Page 22 of 45

Best Case Bankruptcy

17-80717 - #1  File 07/17/17  Enter 07/17/17 16:18:50  Main Document  Pg 70 of 128

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.17 4 | Bobby Ratcliff Jr. | P.O. Box 146 Cotton Valley, LA 71018 | Wheeling Hospital | ☐ D ____ ■ E/F __3.163__ ☐ G ____ |
| 2.17 5 | Bobby Ratcliff Jr. | P.O. Box 146 Cotton Valley, LA 71018 | Williams Recycling | ☐ D ____ ■ E/F __3.164__ ☐ G ____ |
| 2.17 6 | Bobby Ratcliff Jr. | P.O. Box 146 Cotton Valley, LA 71018 | WPIT, INC. | ☐ D ____ ■ E/F __3.165__ ☐ G ____ |
| 2.17 7 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | A Clean Potty | ☐ D ____ ■ E/F __3.1__ ☐ G ____ |
| 2.17 8 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | A. Quiroz Trucking & Backhoe | ☐ D ____ ■ E/F __3.2__ ☐ G ____ |
| 2.17 9 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | ABC Automated Business Concepts, | ☐ D ____ ■ E/F __3.3__ ☐ G ____ |
| 2.18 0 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Acuren Inspection, Inc. | ☐ D ____ ■ E/F __3.4__ ☐ G ____ |
| 2.18 1 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Advanced Environmental Complianc | ☐ D ____ ■ E/F __3.5__ ☐ G ____ |

| | **Additional Page to List More Codebtors** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 2.18 2 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **AFCO** |
| | | | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.18 3 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **AGC Shreveport Chapter** |
| | | | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |
| 2.18 4 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Agland Co-op., Inc.** |
| | | | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |
| 2.18 5 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Airgas USA, LLC** |
| | | | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.18 6 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Albama Dept. of Revenue** |
| | | | ☐ D _____ ■ E/F __2.1__ ☐ G _____ |
| 2.18 7 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **American Driving Records** |
| | | | ☐ D _____ ■ E/F __3.10__ ☐ G _____ |
| 2.18 8 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **American Fence Company, Inc.** |
| | | | ☐ D _____ ■ E/F __3.11__ ☐ G _____ |
| 2.18 9 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Analytic Stress** |
| | | | ☐ D _____ ■ E/F __3.12__ ☐ G _____ |

| | **Additional Page to List More Codebtors** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** — *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.190 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Angel Safety Supply** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.191 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Apex Redi-Mixed Concrete Co.** | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.192 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Area Wholesale Tire Company, LLC** | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |
| 2.193 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Arkansas Marketers, Inc.** | ☐ D _____<br>■ E/F __3.16__<br>☐ G _____ |
| 2.194 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Arkansas Portable Toilets** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |
| 2.195 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Associated Time and Parking Cont** | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |
| 2.196 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **AT&T** | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |
| 2.197 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **AT&T** | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.198 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | AT&T | ☐ D _____ <br> ■ E/F ___3.21___ <br> ☐ G _____ |
| 2.199 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | AT&T | ☐ D _____ <br> ■ E/F ___3.22___ <br> ☐ G _____ |
| 2.200 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Atlas Copco Rental, LLC | ☐ D _____ <br> ■ E/F ___3.23___ <br> ☐ G _____ |
| 2.201 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | AZZ Galvanizing | ☐ D _____ <br> ■ E/F ___3.24___ <br> ☐ G _____ |
| 2.202 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | B & B Rental & Sales, Inc. | ☐ D _____ <br> ■ E/F ___3.25___ <br> ☐ G _____ |
| 2.203 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Bank Direct Capital Finance | ☐ D _____ <br> ■ E/F ___3.26___ <br> ☐ G _____ |
| 2.204 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Bankcard Center | ☐ D _____ <br> ■ E/F ___3.27___ <br> ☐ G _____ |
| 2.205 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Bankcard Center | ☐ D _____ <br> ■ E/F ___3.28___ <br> ☐ G _____ |

████ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.20 6 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Bills Towing | ☐ D _____ ■ E/F **3.29** ☐ G _____ |
| 2.20 7 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | BlueLine Rental, LLC | ☐ D _____ ■ E/F **3.30** ☐ G _____ |
| 2.20 8 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | BMB Rentals, LLC | ☐ D _____ ■ E/F **3.31** ☐ G _____ |
| 2.20 9 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Bobby Ratcliff, Jr. | ☐ D _____ ■ E/F **3.32** ☐ G _____ |
| 2.21 0 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Bobby Ratcliff, Sr. | ☐ D _____ ■ E/F **3.35** ☐ G _____ |
| 2.21 1 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Builders Supply Company, Inc. | ☐ D _____ ■ E/F **3.37** ☐ G _____ |
| 2.21 2 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Bobby Ratcliff, Sr. | ☐ D _____ ■ E/F **3.34** ☐ G _____ |
| 2.21 3 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Central Arkansas Water | ☐ D _____ ■ E/F **3.38** ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.21 4 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Century Ready-Mix Corporation** | ☐ D ____ <br> ■ E/F ____ **3.39** <br> ☐ G ____ |
| 2.21 5 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Cintas First Aid & Safety** | ☐ D ____ <br> ■ E/F ____ **3.40** <br> ☐ G ____ |
| 2.21 6 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **City of Biloxi Water Dept.** | ☐ D ____ <br> ■ E/F ____ **3.41** <br> ☐ G ____ |
| 2.21 7 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Clint Daniels Incorporated** | ☐ D ____ <br> ■ E/F ____ **3.42** <br> ☐ G ____ |
| 2.21 8 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Columbus Equipment Company** | ☐ D ____ <br> ■ E/F ____ **3.43** <br> ☐ G ____ |
| 2.21 9 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Colvin, Smith & McKay Firm** | ☐ D ____ <br> ■ E/F ____ **3.44** <br> ☐ G ____ |
| 2.22 0 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Complete Repair Service, Inc.** | ☐ D ____ <br> ■ E/F ____ **3.45** <br> ☐ G ____ |
| 2.22 1 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Construction Safety Products Inc** | ☐ D ____ <br> ■ E/F ____ **3.46** <br> ☐ G ____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                    Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.22 2 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **ControlWorx, LLC** | ☐ D _____ ■ E/F __3.47__ ☐ G _____ |
| 2.22 3 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Crossbridge Compliance** | ☐ D _____ ■ E/F __3.48__ ☐ G _____ |
| 2.22 4 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Dandy Products, Inc.** | ☐ D _____ ■ E/F __3.49__ ☐ G _____ |
| 2.22 5 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Darby Equipment Company** | ☐ D _____ ■ E/F __3.50__ ☐ G _____ |
| 2.22 6 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Diamond Tank Rental, Inc.** | ☐ D _____ ■ E/F __3.51__ ☐ G _____ |
| 2.22 7 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Ditch Witch - Benton Branch** | ☐ D _____ ■ E/F __3.52__ ☐ G _____ |
| 2.22 8 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **DNOW L.P.** | ☐ D _____ ■ E/F __3.53__ ☐ G _____ |
| 2.22 9 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Downer, Jones, Marino & Wilhile** | ☐ D _____ ■ E/F __3.54__ ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.230 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | E.D.C. Transportation | ☐ D _____ ■ E/F __**3.55**__ ☐ G _____ |
| 2.231 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Eagle Compression | ☐ D _____ ■ E/F __**3.56**__ ☐ G _____ |
| 2.232 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Emerson Oil Company, Inc. | ☐ D _____ ■ E/F __**3.57**__ ☐ G _____ |
| 2.233 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | EMS Electric | ☐ D _____ ■ E/F __**3.58**__ ☐ G _____ |
| 2.234 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Energy Worldnet, Inc. | ☐ D _____ ■ E/F __**3.59**__ ☐ G _____ |
| 2.235 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Entergy | ☐ D _____ ■ E/F __**3.60**__ ☐ G _____ |
| 2.236 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Enviornmental Coordination Srv | ☐ D _____ ■ E/F __**3.61**__ ☐ G _____ |
| 2.237 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Equipment & Parts, Inc. | ☐ D _____ ■ E/F __**3.62**__ ☐ G _____ |

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

| | Codebtor | Address | Creditor | D | E/F | G |
|---|---|---|---|---|---|---|
| 2.238 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **eVERFILE** | ☐ D ____ | ■ E/F **3.63** | ☐ G ____ |
| 2.239 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Fastenal Company** | ☐ D ____ | ■ E/F **3.64** | ☐ G ____ |
| 2.240 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **FleetPride** | ☐ D ____ | ■ E/F **3.65** | ☐ G ____ |
| 2.241 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Ford Credit** | ■ D **2.1** | ☐ E/F ____ | ☐ G ____ |
| 2.242 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Fuelman Fleet Program** | ☐ D ____ | ■ E/F **3.66** | ☐ G ____ |
| 2.243 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Fusion Industries, LLC** | ☐ D ____ | ■ E/F **3.67** | ☐ G ____ |
| 2.244 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Gajeske, Inc.** | ☐ D ____ | ■ E/F **3.68** | ☐ G ____ |
| 2.245 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Gibsland Bank & Trust** | ■ D **2.2** | ☐ E/F ____ | ☐ G ____ |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.246 | Bobby Ratcliff, Sr. | 515 Pebble Drive<br>Haughton, LA 71037 | Gibsland Bank & Trust | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.247 | Bobby Ratcliff, Sr. | 515 Pebble Drive<br>Haughton, LA 71037 | Gibsland Bank & Trust | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.248 | Bobby Ratcliff, Sr. | 515 Pebble Drive<br>Haughton, LA 71037 | Gibsland Bank & Trust | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.249 | Bobby Ratcliff, Sr. | 515 Pebble Drive<br>Haughton, LA 71037 | GIL Thermes Fence Co., Inc. | ☐ D _____<br>■ E/F __3.69__<br>☐ G _____ |
| 2.250 | Bobby Ratcliff, Sr. | 515 Pebble Drive<br>Haughton, LA 71037 | Global Tracking Communications | ☐ D _____<br>■ E/F __3.70__<br>☐ G _____ |
| 2.251 | Bobby Ratcliff, Sr. | 515 Pebble Drive<br>Haughton, LA 71037 | Great American Financial Service | ☐ D _____<br>■ E/F __3.71__<br>☐ G _____ |
| 2.252 | Bobby Ratcliff, Sr. | 515 Pebble Drive<br>Haughton, LA 71037 | H & E Equipment Services, Inc. | ☐ D _____<br>■ E/F __3.72__<br>☐ G _____ |
| 2.253 | Bobby Ratcliff, Sr. | 515 Pebble Drive<br>Haughton, LA 71037 | H & H X-Ray Services, Inc. | ☐ D _____<br>■ E/F __3.73__<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.254 | **Bobby Ratcliff, Sr.** | 515 Pebble Drive Haughton, LA 71037 | **Harrison Paint Co., Inc.** | ☐ D ____ <br> ■ E/F __3.74__ <br> ☐ G ____ |
| 2.255 | **Bobby Ratcliff, Sr.** | 515 Pebble Drive Haughton, LA 71037 | **Hertz Equipment Rental** | ☐ D ____ <br> ■ E/F __3.75__ <br> ☐ G ____ |
| 2.256 | **Bobby Ratcliff, Sr.** | 515 Pebble Drive Haughton, LA 71037 | **Hi-Tech Testing, Inc.** | ☐ D ____ <br> ■ E/F __3.76__ <br> ☐ G ____ |
| 2.257 | **Bobby Ratcliff, Sr.** | 515 Pebble Drive Haughton, LA 71037 | **Hines Location Lighting** | ☐ D ____ <br> ■ E/F __3.77__ <br> ☐ G ____ |
| 2.258 | **Bobby Ratcliff, Sr.** | 515 Pebble Drive Haughton, LA 71037 | **Hobson & Son, LLC** | ☐ D ____ <br> ■ E/F __3.78__ <br> ☐ G ____ |
| 2.259 | **Bobby Ratcliff, Sr.** | 515 Pebble Drive Haughton, LA 71037 | **Hum's Hardware & Rental** | ☐ D ____ <br> ■ E/F __3.79__ <br> ☐ G ____ |
| 2.260 | **Bobby Ratcliff, Sr.** | 515 Pebble Drive Haughton, LA 71037 | **HYTORC** | ☐ D ____ <br> ■ E/F __3.80__ <br> ☐ G ____ |
| 2.261 | **Bobby Ratcliff, Sr.** | 515 Pebble Drive Haughton, LA 71037 | **ICR Equipment Rental** | ☐ D ____ <br> ■ E/F __3.81__ <br> ☐ G ____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.26 2 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive** **Haughton, LA 71037** | **IHS Global, Inc.** | ☐ D _____ ■ E/F __3.82__ ☐ G _____ |

| 2.26 | **Bobby Ratcliff,** | **515 Pebble Drive** | **IHS Global, Inc.** | ☐ D _____ |
| 2 | **Sr.** | **Haughton, LA 71037** | | ■ E/F __3.82__ |
| | | | | ☐ G _____ |
| 2.26 | **Bobby Ratcliff,** | **515 Pebble Drive** | **Internal Revenue** | ☐ D _____ |
| 3 | **Sr.** | **Haughton, LA 71037** | **Service** | ■ E/F __2.2__ |
| | | | | ☐ G _____ |
| 2.26 | **Bobby Ratcliff,** | **515 Pebble Drive** | **Internal Revenue** | ☐ D _____ |
| 4 | **Sr.** | **Haughton, LA 71037** | **Service** | ■ E/F __2.3__ |
| | | | | ☐ G _____ |
| 2.26 | **Bobby Ratcliff,** | **515 Pebble Drive** | **Interstate Industries,** | ☐ D _____ |
| 5 | **Sr.** | **Haughton, LA 71037** | **Inc.** | ■ E/F __3.83__ |
| | | | | ☐ G _____ |
| 2.26 | **Bobby Ratcliff,** | **515 Pebble Drive** | **Intertek** | ☐ D _____ |
| 6 | **Sr.** | **Haughton, LA 71037** | | ■ E/F __3.84__ |
| | | | | ☐ G _____ |
| 2.26 | **Bobby Ratcliff,** | **515 Pebble Drive** | **J.J. Keller &** | ☐ D _____ |
| 7 | **Sr.** | **Haughton, LA 71037** | **Associates, Inc.** | ■ E/F __3.85__ |
| | | | | ☐ G _____ |
| 2.26 | **Bobby Ratcliff,** | **515 Pebble Drive** | **John Deere Financial** | ■ D __2.6__ |
| 8 | **Sr.** | **Haughton, LA 71037** | | ☐ E/F _____ |
| | | | | ☐ G _____ |
| 2.26 | **Bobby Ratcliff,** | **515 Pebble Drive** | **Jones & Odom, LLP** | ☐ D _____ |
| 9 | **Sr.** | **Haughton, LA 71037** | | ■ E/F __3.86__ |
| | | | | ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| | Codebtor | Address | Creditor | D / E-F / G |
|---|---|---|---|---|
| 2.27 0 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive** **Haughton, LA 71037** | **JPS Equipment Rental, LLC** | ☐ D _____ ■ E/F **3.87** ☐ G _____ |
| 2.27 1 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive** **Haughton, LA 71037** | **Kloeckner Metals Corporation** | ☐ D _____ ■ E/F **3.88** ☐ G _____ |
| 2.27 2 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive** **Haughton, LA 71037** | **Komatsu Financial** | ☐ D _____ ■ E/F **3.89** ☐ G _____ |
| 2.27 3 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive** **Haughton, LA 71037** | **Komatsu Financial** | ☐ D _____ ■ E/F **3.90** ☐ G _____ |
| 2.27 4 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive** **Haughton, LA 71037** | **Komatsu Financial** | ☐ D _____ ■ E/F **3.91** ☐ G _____ |
| 2.27 5 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive** **Haughton, LA 71037** | **LA Dept of Enviornmental Quality** | ☐ D _____ ■ E/F **3.92** ☐ G _____ |
| 2.27 6 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive** **Haughton, LA 71037** | **Lane Construction Co. of MS** | ☐ D _____ ■ E/F **3.93** ☐ G _____ |
| 2.27 7 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive** **Haughton, LA 71037** | **LegalShield** | ☐ D _____ ■ E/F **3.94** ☐ G _____ |

| ■ | **Additional Page to List More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.27 8 | **Bobby Ratcliff, Sr.** | 515 Pebble Drive Haughton, LA 71037 | **Louisiana Dept of Revenue** | ☐ D _____<br>■ E/F __2.5__<br>☐ G _____ |
| 2.27 9 | **Bobby Ratcliff, Sr.** | 515 Pebble Drive Haughton, LA 71037 | **LUSCO-Baton Rouge # 1221** | ☐ D _____<br>■ E/F __3.95__<br>☐ G _____ |
| 2.28 0 | **Bobby Ratcliff, Sr.** | 515 Pebble Drive Haughton, LA 71037 | **Mark Tool Co., Inc.** | ☐ D _____<br>■ E/F __3.96__<br>☐ G _____ |
| 2.28 1 | **Bobby Ratcliff, Sr.** | 515 Pebble Drive Haughton, LA 71037 | **Martin Marietta Materials, Inc.** | ☐ D _____<br>■ E/F __3.97__<br>☐ G _____ |
| 2.28 2 | **Bobby Ratcliff, Sr.** | 515 Pebble Drive Haughton, LA 71037 | **Matheson Tri-Gas, Inc.** | ☐ D _____<br>■ E/F __3.98__<br>☐ G _____ |
| 2.28 3 | **Bobby Ratcliff, Sr.** | 515 Pebble Drive Haughton, LA 71037 | **MedExpress Urgent Care, Inc WV** | ☐ D _____<br>■ E/F __3.99__<br>☐ G _____ |
| 2.28 4 | **Bobby Ratcliff, Sr.** | 515 Pebble Drive Haughton, LA 71037 | **Mid South Boring & Piping** | ☐ D _____<br>■ E/F __3.100__<br>☐ G _____ |
| 2.28 5 | **Bobby Ratcliff, Sr.** | 515 Pebble Drive Haughton, LA 71037 | **MPC Containment Systems, LLC** | ☐ D _____<br>■ E/F __3.102__<br>☐ G _____ |

| | **Additional Page to List More Codebtors** | | |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | |
| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |

| | | | |
|---|---|---|---|
| 2.28 6 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive** **Haughton, LA 71037** | **MRC Global (US) Inc.** □ D _____ ■ E/F __**3.103**__ □ G _____ |
| 2.28 7 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive** **Haughton, LA 71037** | **National Safety Counsel** □ D _____ ■ E/F __**3.104**__ □ G _____ |
| 2.28 8 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive** **Haughton, LA 71037** | **National Trench Safety** □ D _____ ■ E/F __**3.105**__ □ G _____ |
| 2.28 9 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive** **Haughton, LA 71037** | **Neff Rental, LLC** □ D _____ ■ E/F __**3.106**__ □ G _____ |
| 2.29 0 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive** **Haughton, LA 71037** | **Oakley Louisiana, Inc.** □ D _____ ■ E/F __**3.107**__ □ G _____ |
| 2.29 1 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive** **Haughton, LA 71037** | **Office of Motor Vehicles** □ D _____ ■ E/F __**3.108**__ □ G _____ |
| 2.29 2 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive** **Haughton, LA 71037** | **Ohio CAT Rental** □ D _____ ■ E/F __**3.109**__ □ G _____ |
| 2.29 3 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive** **Haughton, LA 71037** | **Oil & Gas Safety Supply** □ D _____ ■ E/F __**3.110**__ □ G _____ |

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.294 | **Bobby Ratcliff, Sr.** | 515 Pebble Drive Haughton, LA 71037 | **Outhouse Rental, LLC** | ☐ D _____ ■ E/F __3.111__ ☐ G _____ |
|---|---|---|---|---|
| 2.295 | **Bobby Ratcliff, Sr.** | 515 Pebble Drive Haughton, LA 71037 | **Overnight Software, Inc.** | ☐ D _____ ■ E/F __3.112__ ☐ G _____ |
| 2.296 | **Bobby Ratcliff, Sr.** | 515 Pebble Drive Haughton, LA 71037 | **OWC Inc.** | ☐ D _____ ■ E/F __3.113__ ☐ G _____ |
| 2.297 | **Bobby Ratcliff, Sr.** | 515 Pebble Drive Haughton, LA 71037 | **Pioneer One** | ☐ D _____ ■ E/F __3.114__ ☐ G _____ |
| 2.298 | **Bobby Ratcliff, Sr.** | 515 Pebble Drive Haughton, LA 71037 | **Pitney Bowes** | ☐ D _____ ■ E/F __3.115__ ☐ G _____ |
| 2.299 | **Bobby Ratcliff, Sr.** | 515 Pebble Drive Haughton, LA 71037 | **Pitney Bowes Global Financial** | ☐ D _____ ■ E/F __3.116__ ☐ G _____ |
| 2.300 | **Bobby Ratcliff, Sr.** | 515 Pebble Drive Haughton, LA 71037 | **POCO Properties, LLC** | ☐ D _____ ■ E/F __3.117__ ☐ G _____ |
| 2.301 | **Bobby Ratcliff, Sr.** | 515 Pebble Drive Haughton, LA 71037 | **Powerplan** | ☐ D _____ ■ E/F __3.118__ ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**    *Column 2:* **Creditor**

| 2.302 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Precision Pigging, LLC | ☐ D _____ ■ E/F __3.119__ ☐ G _____ |
|---|---|---|---|---|
| 2.303 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Price Supply, Inc. | ☐ D _____ ■ E/F __3.120__ ☐ G _____ |
| 2.304 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Professional Service Industries | ☐ D _____ ■ E/F __3.121__ ☐ G _____ |
| 2.305 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Provident Farm Supply, Inc. | ☐ D _____ ■ E/F __3.122__ ☐ G _____ |
| 2.306 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | PSI-Protection Services, Inc. | ☐ D _____ ■ E/F __3.123__ ☐ G _____ |
| 2.307 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | PSS Companies | ☐ D _____ ■ E/F __3.124__ ☐ G _____ |
| 2.308 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Quality Lube | ☐ D _____ ■ E/F __3.125__ ☐ G _____ |
| 2.309 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Querbes & Nelson | ☐ D _____ ■ E/F __3.126__ ☐ G _____ |

| | | | | |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                                  *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.31 0 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Rain for Rent** | ☐ D _____ ■ E/F __**3.127**__ ☐ G _____ |
| 2.31 1 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Razorback Concrete Company** | ☐ D _____ ■ E/F __**3.128**__ ☐ G _____ |
| 2.31 2 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Red Ball Oxygen** | ☐ D _____ ■ E/F __**3.129**__ ☐ G _____ |
| 2.31 3 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Red River Chevrolet** | ☐ D _____ ■ E/F __**3.130**__ ☐ G _____ |
| 2.31 4 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Republic Services** | ☐ D _____ ■ E/F __**3.131**__ ☐ G _____ |
| 2.31 5 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Sanders Machine Inc.** | ☐ D _____ ■ E/F __**3.132**__ ☐ G _____ |
| 2.31 6 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Satellite Shelters, Inc.** | ☐ D _____ ■ E/F __**3.133**__ ☐ G _____ |
| 2.31 7 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Scott Equipment Company, LLC** | ☐ D _____ ■ E/F __**3.134**__ ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.318 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Scott Massey, CPA, LLC | ☐ D _____ ■ E/F __3.135__ ☐ G _____ |
| 2.319 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Shreveport Tractor, Inc. | ☐ D _____ ■ E/F __3.136__ ☐ G _____ |
| 2.320 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Siemens Financial | ☐ D _____ ■ E/F __3.137__ ☐ G _____ |
| 2.321 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Southern Tire Mart, LLC | ☐ D _____ ■ E/F __3.138__ ☐ G _____ |
| 2.322 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Southland Safety, LLC | ☐ D _____ ■ E/F __3.139__ ☐ G _____ |
| 2.323 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Specialty Sand Company | ☐ D _____ ■ E/F __3.140__ ☐ G _____ |
| 2.324 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Stallion Production Services | ☐ D _____ ■ E/F __3.141__ ☐ G _____ |
| 2.325 | Bobby Ratcliff, Sr. | 515 Pebble Drive Haughton, LA 71037 | Standard Crane & Hoist, LLC | ☐ D _____ ■ E/F __3.142__ ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.326 | Bobby Ratcliff, Sr. | 515 Pebble Drive<br>Haughton, LA 71037 | Stuart's Inc. | ☐ D _____<br>■ E/F __3.143__<br>☐ G _____ |
|---|---|---|---|---|
| 2.327 | Bobby Ratcliff, Sr. | 515 Pebble Drive<br>Haughton, LA 71037 | Sue's Recycling &<br>Sanitation LLC | ☐ D _____<br>■ E/F __3.144__<br>☐ G _____ |
| 2.328 | Bobby Ratcliff, Sr. | 515 Pebble Drive<br>Haughton, LA 71037 | Sunbelt Rentals, Inc. | ☐ D _____<br>■ E/F __3.145__<br>☐ G _____ |
| 2.329 | Bobby Ratcliff, Sr. | 515 Pebble Drive<br>Haughton, LA 71037 | Target Oilfield<br>Services, LLC | ☐ D _____<br>■ E/F __3.146__<br>☐ G _____ |
| 2.330 | Bobby Ratcliff, Sr. | 515 Pebble Drive<br>Haughton, LA 71037 | TCF Financial | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.331 | Bobby Ratcliff, Sr. | 515 Pebble Drive<br>Haughton, LA 71037 | TEI Analytical<br>Services, Inc. | ☐ D _____<br>■ E/F __3.147__<br>☐ G _____ |
| 2.332 | Bobby Ratcliff, Sr. | 515 Pebble Drive<br>Haughton, LA 71037 | Total Safety U.S., Inc. | ☐ D _____<br>■ E/F __3.148__<br>☐ G _____ |
| 2.333 | Bobby Ratcliff, Sr. | 515 Pebble Drive<br>Haughton, LA 71037 | Tricor Industrial, Inc. | ☐ D _____<br>■ E/F __3.149__<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.334 | Bobby Ratcliff, Sr. | 515 Pebble Drive<br>Haughton, LA 71037 | Union County | ☐ D _____<br>■ E/F __3.150__<br>☐ G _____ |
| 2.335 | Bobby Ratcliff, Sr. | 515 Pebble Drive<br>Haughton, LA 71037 | Unit Liner Company | ☐ D _____<br>■ E/F __3.151__<br>☐ G _____ |
| 2.336 | Bobby Ratcliff, Sr. | 515 Pebble Drive<br>Haughton, LA 71037 | United Rentals | ☐ D _____<br>■ E/F __3.152__<br>☐ G _____ |
| 2.337 | Bobby Ratcliff, Sr. | 515 Pebble Drive<br>Haughton, LA 71037 | US Environmental Services, LLC | ☐ D _____<br>■ E/F __3.153__<br>☐ G _____ |
| 2.338 | Bobby Ratcliff, Sr. | 515 Pebble Drive<br>Haughton, LA 71037 | Veriforce | ☐ D _____<br>■ E/F __3.154__<br>☐ G _____ |
| 2.339 | Bobby Ratcliff, Sr. | 515 Pebble Drive<br>Haughton, LA 71037 | Verizon Wireless | ☐ D _____<br>■ E/F __3.155__<br>☐ G _____ |
| 2.340 | Bobby Ratcliff, Sr. | 515 Pebble Drive<br>Haughton, LA 71037 | Vermeer Midsouth, Inc. | ☐ D _____<br>■ E/F __3.156__<br>☐ G _____ |
| 2.341 | Bobby Ratcliff, Sr. | 515 Pebble Drive<br>Haughton, LA 71037 | Village Hardware & Rental, Inc. | ☐ D _____<br>■ E/F __3.157__<br>☐ G _____ |

| | | |
|---|---|---|
| ▮ | **Additional Page to List More Codebtors** | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.34 2 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Waste Management of Little Rock** | ☐ D _____ <br> ▮ E/F __3.158__ <br> ☐ G _____ |
| 2.34 3 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Waste Management of Ohio, Inc.** | ☐ D _____ <br> ▮ E/F __3.159__ <br> ☐ G _____ |
| 2.34 4 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Wells Fargo** | ▮ D __2.8__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.34 5 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Wells Fargo** | ▮ D __2.9__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.34 6 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Wells Fargo** | ▮ D __2.10__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.34 7 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Wells Fargo Financial Leasing** | ☐ D _____ <br> ▮ E/F __3.160__ <br> ☐ G _____ |
| 2.34 8 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **Wells Fargo Vendor** | ☐ D _____ <br> ▮ E/F __3.161__ <br> ☐ G _____ |
| 2.34 9 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive Haughton, LA 71037** | **WELSCO, INC.** | ☐ D _____ <br> ▮ E/F __3.162__ <br> ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.350 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive** **Haughton, LA 71037** | **Wheeling Hospital** | ☐ D _____ ■ E/F __3.163__ ☐ G _____ |
| 2.351 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive** **Haughton, LA 71037** | **Williams Recycling** | ☐ D _____ ■ E/F __3.164__ ☐ G _____ |
| 2.352 | **Bobby Ratcliff, Sr.** | **515 Pebble Drive** **Haughton, LA 71037** | **WPIT, INC.** | ☐ D _____ ■ E/F __3.165__ ☐ G _____ |

Debtor name    **Double Eagle Energy Services, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other | **$404,922.84** |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$4,507,000.64** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$15,302,720.10** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Komatsu Financial**<br>**P.O. Box 99303**<br>**Chicago, IL 60693-9303** | **d65 dozer was repossessed in December of 2016 and sold in February of 2017.** | | **Unknown** |
| **Siemens Financial**<br>**P.O. Box 2083**<br>**Carol Stream, IL 60132-2083** | **Vermeer directional drill surrendered December 30, 2016.** | | **Unknown** |
| **John Deere Financial**<br>**P.O. Box 6600**<br>**Johnston, IA 50131** | **Has possession and has possibly sold a repossessed tractor.** | | **Unknown** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Unit Liner Company vs. Double Eagle Energy Services, LLC and Bobby Joe Ratcliff, Jr.**<br>**CJ-16-74** | | **District Court of Pottawatomie County State of Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **Acuren Inspection Inc. v. Double Eagle Energy Services**<br>**75412 Division A** | | **26th Judicial District Court Parish of Webster, State of Louisiana** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. **Martin Marietta Materials, Inc. v. Double Eagle Energy Services, LLC**<br>**15-C-87** | | **Wetzel County, West Virginia** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Siemens Financial Services, Inc. v. Double Eagles Energy Services, LLC**<br>**0075810, Divsion A** | **Suit on debt** | **26th Judicial District Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **Double Eagle Energy Services, LLC v. Amerisave** | **Suit to recover worker's compensation overpayment; Gibsland Bank has a security interest; pending court date for November 2017.** | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **Advanced Environmental Compliance v. Double Eagle Energy Services, LLC**<br>**0075330** | **Suit on debt; judgment rendered** | **26th Judicial District Court** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.7. **John Deere Financial v. Double Eagles Energy Services, LLC**<br>**0075942** | **Suit on secured debt** | **26th Judicial District Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

## Part 4:  Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Allison Jones** | | **3/13/17** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Gold, Weems, Bruser, Sues & Rundell** **P.O. Box 6118** **Alexandria, LA 71301** | | | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Crank It Up Wholesale** **2838 Long Lake Dr.** **Shreveport, LA 71106** | **Sale of 3 Ford F150 crew tucks for $18,000 total.** | **June, 2017** | **$18,000.00** |
| | Relationship to debtor **None** | | | |

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.2<br>. | **Forest Hill Equipment & Auto,<br>LLC**<br>unknown<br>**sold though Auction Time** | **1994 BoMag, 2002 John Deere 205D, 1987<br>Cat Scaper, 1998 Mack Truck, 1999<br>Clement Drump Truck.  Sold for $111,200,<br>less commission, advertising, and other<br>expesnes.** | **March, 2017** | **$111,200.00** |
| | Relationship to debtor<br>**None.** | | | |
| 13.3<br>. | **Auction Time - unkinown<br>purchaser** | **2007 Tesmec Trencher.  Money paid to<br>Wells Fargo on debt secured by this<br>piece of equipment.** | **May 2017** | **$258,480.00** |
| | Relationship to debtor<br>**none** | | | |

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or<br>profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Bobby Ratcliff Sr.**<br>**515 Pebble Drive**<br>**Haughton, LA 71037** | **Construction** | EIN:<br><br>From-To    **4/20/06-Present** |
| 25.2. **Bobby Ratcliff Jr.**<br>**P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Construction** | EIN:<br><br>From-To    **4/20/06-present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Tim Karbowski**<br>**115 Andrew Place**<br>**Bossier City, LA 71111** | **7/2011-11/2015** |
| 26a.2. **Kathy Tanner**<br>**227 Hwy 518**<br>**Minden, LA 71055** | **9/2016-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| 26d.1.    **Allegiance Capital Corporation**<br>**16400 Dallas Pkwy, Ste. 300**<br>**Dallas, TX 75248** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Bobby Ratcliff Sr.** | **515 Pebble Drive**<br>**Haughton, LA 71037** | **Owner/Manager** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Bobby Ratcliff Jr.** | **P.O. Box 146**<br>**Cotton Valley, LA 71018** | **Owner/Manger** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |
| 30.1<br>.   **Bobby Ratcliff, Sr.**<br>**515 Pebble Drive**<br>**Haughton, LA 71037** | **$3,600/week plus all expenses, ie. phone, auto, gas** | | |
|   **Relationship to debtor**<br>  **Owner** | | | |
| 30.2<br>.   **Bobby Ratcliff, Jr.**<br>**P.O. Box 146**<br>**Cotton Valley, LA 71018** | **$4,600/week plus all expenses, ie. phone, auto, gas** | | |
|   **Relationship to debtor**<br>  **Owner** | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No

   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No

   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:**    **Signature and Declaration**

    **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 3, 2017**
_____

**/s/ Joe Ratcliff or Bob Ratcliff**          **Joe Ratcliff or Bob Ratcliff**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Owners**
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

# United States Bankruptcy Court
## Western District of Louisiana

In re   **Double Eagle Energy Services, LLC**      Case No. _____
                                        Debtor(s)        Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **unknown** |
| Prior to the filing of this statement I have received | $ | **25,000.00** |
| Balance Due | $ | **unknown** |

2.    The source of the compensation paid to me was:

      ☑ Debtor    ☐ Other (specify):

3.    The source of compensation to be paid to me is:

      ☑ Debtor    ☐ Other (specify):

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed PER HOUR FEE, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **July  3, 2017** | **/s/ Bradley L. Drell** |
| *Date* | **Bradley L. Drell 24387 - LA** |
| | *Signature of Attorney* |
| | **Gold, Weems, Bruser, Sues & Rundell** |
| | **POB 6118** |
| | **Alexandria, LA 71307-6118** |
| | **(318)445-6471   Fax: (318)445-6476** |
| | *Name of law firm* |

# United States Bankruptcy Court
## Western District of Louisiana

In re    **Double Eagle Energy Services, LLC**      Case No. _____

Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owners** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **July 3, 2017** _____      Signature   **/s/ Joe Ratcliff or Bob Ratcliff**

**Joe Ratcliff or Bob Ratcliff**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

A Clean Potty
P.O. Box 250
Muldrow, OK 74948


A. Quiroz Trucking & Backhoe
223 "A" West Hwy 302
Kermit, TX 79745


ABC Automated Business Concepts,
3401 Youree Drive
Shreveport, LA 71105


Acuren Inspection, Inc.
P.O. Box 846313
Dallas, TX 75284-6313


Advanced Environmental Complianc
80 Baum Rd.
Ball, LA 71405


AFCO
P.O. Box 4795
Carol Stream, IL 60197-4795


AGC Shreveport Chapter
2025 Southern Ave.
Shreveport, LA 71104


Agland Co-op., Inc.
P.O. Box 369
Canfield, OH 44406


Airgas USA, LLC
P.O. Box 676015
Dallas, TX 75267-6015

Albama Dept. of Revenue
50 N. Ripley
Montgomery, AL 36132


Allegiance Capital Corporation
16400 Dallas Pkwy, Ste. 300
Dallas, TX 75248


American Driving Records
P.O. Box 7289
Pasadena, CA 91109-7389


American Fence Company, Inc.
4800 S. MacArthur Blvd.
Oklahoma City, OK 73179


Analytic Stress
Dept #1027
P.O. Box 740209
Atlanta, GA 30374-0209


Angel Safety Supply
P.O. Box 823
Minden, LA 71058-0823


Apex Redi-Mixed Concrete Co.
1854
El Dorado, AR 71730


Area Wholesale Tire Company, LLC
P.O. Box 2723
Baton Rouge, LA 70821-2723


Arkansas Marketers, Inc.
P.O. Box 5483
Pine Bluff, AR 71611

```
Arkansas Portable Toilets
Little John's, Inc. & Go Potty
P.O. Box 34033
Little Rock, AR 72203


Associated Time and Parking Cont
9104 Diplomacy Row
Dallas, TX 75247


AT&T
P.O. Box 5002
Carol Stream, IL 60197-5002


AT&T
POB 105262
Atlanta, GA 30348


AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019


AT&T
POB 6463
Carol Stream, IL 60197-6463


Atlas Copco Rental, LLC
Dept 3243
P.O. Box 123243
Dallas, TX 75312-3243


AZZ Galvanizing
P.O. Box 843771
Dallas, TX 75284-3771


B & B Rental & Sales, Inc.
6624 Greenwood Rd.
Shreveport, LA 71119
```

Bank Direct Capital Finance
P.O. Box 660448
Dallas, TX 75266-0448


Bankcard Center
P.O. Box 4025
Alameda, CA 94501-0425


Belinda Washington
Sunbelt Colletions Dept
P.O.Box 409211
Atlanta, GA 30384


Bills Towing
66855 Executive Drive
Saint Clairsville, OH 43950


BlueLine Rental, LLC
P.O. Box 840062
Dallas, TX 75284-0062


BMB Rentals, LLC
P.O. Box 545
Lovington, NM 88260


Bobby Ratcliff Jr.
P.O. Box 146
Cotton Valley, LA 71018


Bobby Ratcliff, Jr.
P.O. Box 146
Cotton Valley, LA 71018


Bobby Ratcliff, Sr.
515 Pebble Drive
Haughton, LA 71037

Bryant Marshall
P.O. Box 4034
500 West Washington
Jonesboro, AR 72403


Builders Supply Company, Inc.
P.O. Box 295
Shreveport, LA 71162


Central Arkansas Water
P.O. Box 8100
Little Rock, AR 72203-8100


Century Ready-Mix Corporation
P.O. Box 4420
3250 Armand Street
Monroe, LA 71211


Cintas First Aid & Safety
P.O. Box 631025
Cincinnati, OH 45263-1025


City of Biloxi Water Dept.
P.O. Box 349
Biloxi, MS 39533


Clint Daniels Incorporated
P.O. Box 15844
Little Rock, AR 72231


Columbus Equipment Company
P.O. Box 951400
Cleveland, OH 44193


Colvin, Smith & McKay Firm
P.O. Box 239
Homer, LA 71040

Complete Repair Service, Inc.
5905 Financial Plaza
Shreveport, LA 71129


Construction Safety Products Inc
P.O. Box 65266
Shreveport, LA 71136


ControlWorx, LLC
Dept #159
P.O. Box 4869
Houston, TX 77210-4869


Crossbridge Compliance
P.O. Box 8024
Longview, TX 75607


Dandy Products, Inc.
1026 Joseph
Shreveport, LA 71107


Darby Equipment Company
2940 N. Toledo Ave.
Tulsa, OK 74115


Darlene Mosha
Account Control Rep
Herc Rentals Inc.
14501 Hertz Quail Springs Pkwy
Oklahoma City, OK 73134-2628


David M. Kerth
Jones Walker, LLP
8555 United Plaza Blvd.
Baton Rouge, LA 70809-7000

```
Deloris Williams
Fleetcor Technologies
16800 Greenpoint Park Dr.
Suite 255N
Houston, TX 77060


Diamond Tank Rental, Inc.
P.O. Box 4751
Odessa, TX 79760


Ditch Witch - Benton Branch
19930 Interstate 30 N
Benton, AR 72019


DNOW L.P.
P.O. Box 200822
Dallas, TX 75320-0822


Downer, Jones, Marino & Wilhile
401 Market Street
Shreveport, LA 71101


E.D.C. Transportation
c/o Ronald D. Cole
1206 S. 29th Street
Chickasha, OK 73018


Eagle Compression
P.O. Box 189
Troy, MO 63379


Edward F. Bukaty
One Galleria Blvd., Ste. 1810
Metairie, LA 70001


Edward F. Bukaty, III
One Galleria Blvd., Ste 1810
Metairie, LA 70001-7571
```

Emerson Oil Company, Inc.
P.O. Box 240
Homer, LA 71040


EMS Electric
P.O. Box 1356
West Monroe, LA 71294


Energy Worldnet, Inc.
P.O. Box 2106
Decatur, TX 76234


Entergy
PO Box 8108
Baton Rouge, LA 70891-8108


Enviornmental Coordination Srv
3237 US Hwy 19
Cochranton, PA 16314


Equipment & Parts, Inc.
5610 E. Loop 281 S
Longview, TX 75602


eVERFILE
Attn: Lockbox 392483
500 Ross Street 154-0455
Pittsburgh, PA 15262-0001


Fastenal Company
P.O. Box 1286
Winona, MN 55987-1286


FleetPride
P.O. Box 847118
Dallas, TX 75284-7118

```
Ford Credit
P.O. Box 790093
Saint Louis, MO 63179-0093


Fuelman Fleet Program
P.O. Box 70995
Charlotte, NC 28272-0992


Fusion Industries, LLC
P.O. Box 16340
Oklahoma City, OK 73113


Gajeske, Inc.
1314 Oakdale Rd.
Grand Prairie, TX 75050


Gibsland Bank & Trust
1374 Homer Rd.
Minden, LA 71055


GIL Thermes Fence Co., Inc.
224 Canton Rd.
Wintersville, OH 43953


Global Tracking Communications
27244 Via Industria
Temecula, CA 92590


Great American Financial Service
PO Box 660831
Dallas, TX 75266-0831


Great American Financial Svc.
PO Box 660831
Dallas, TX 75266-0831
```

H & E Equipment Services, Inc.
P.O. Box 849850
Dallas, TX 75284-9850


H & H X-Ray Services, Inc.
P.O. Drawer 517
West Monroe, LA 71294-0517


Harrison Paint Co., Inc.
1526 Fairfield Ave.
Shreveport, LA 71101


Hertz Equipment Rental
P.O. Box 650280
Dallas, TX 75265-0280


Hi-Tech Testing, Inc.
P.O. Box 677753
Dallas, TX 75267-7753


Hilary Reagin
Reagin Law Firm, PLLC
1415 South Voss, Ste. #110-145
Houston, TX 77057


Hines Location Lighting
P.O. Box 189
Lindsay, OK 73052


Hobson & Son, LLC
341 Hwy 2
Sterlington, LA 71280


Holly S. Planinsic
Herndon Herndon Morton & Yaeger
83 Edgington Lane
Wheeling, WV 26003-1541

```
Hum's Hardware & Rental
3901 E. Broadway
North Little Rock, AR 72114


HYTORC
333 Route 17 N
Mahwah, NJ 07430


ICR Equipment Rental
3351 Hamilton Street
Bellaire, OH 43906


IHS Global, Inc.
P.O. Box 34960
Seattle, WA 98124-1960


Internal Revenue Service
Insolvency Section
600 S. Maestri Place
Stop 31
New Orleans, LA 70130


Interstate Industries, Inc.
P.O. Box 7774
Shreveport, LA 71137


Intertek
P.O. Box 419435
Boston, MA 02241-9435


J.J. Keller & Associates, Inc.
P.O. Box 6609
Carol Stream, IL 60197-6609


Jacki Moore
P.O. Box 660831
Dallas, TX 75266
```

James M. Lloyd
Lloyd & McDaniel
P.O. Box 23200
Louisville, KY 40223-0200


Jeffrey P. Kitner
Jackson Walker LLP
2323 Ross Ave., Suite 600
Dallas, TX 75201


Jenny Yaucher
Recievables Control Corp.
7373 Kirkwood Court, Suite 200
Minneapolis, MN 55369


John Deere Financial
P.O. Box 650215
Saint Louis, MO 63179-0093


Jones & Odom, LLP
2124 Fairfield Ave.
Shreveport, LA 71104


JPS Equipment Rental, LLC
P.O. Box 2357
West Monroe, LA 71294-2357


Kloeckner Metals Corporation
P.O. Box 200040
Dallas, TX 75320-0040


Komatsu Financial
P.O. Box 99303
Chicago, IL 60693-9303


LA Dept of Enviornmental Quality
Financial Services Division
P.O. Box 4311
Baton Rouge, LA 70821-4313

Lane Construction Co. of MS
P.O. Box 1437
Ocean Springs, MS 39566-1437


LegalShield
P.O. Box 2626
Ada, OK 74821-2629


Lisa Adams
(CTB) Commercial Trade Inc.
P.O. Box 10839
Bakersfield, CA 93389


Louisiana Dept of Revenue
P.O. Box 66658
Baton Rouge, LA 70896-6658


LUSCO-Baton Rouge # 1221
P.O. Box 847411
Dallas, TX 75284-7411


Mark A. Mintz
Jones Walker LLP
201 St. Charles Ave., 49th Floor
New Orleans, LA 70170-5100


Mark Tool Co., Inc.
P.O. Box 261
Franklin, LA 70538


Martin Marietta Materials, Inc.
P.O. Box 677061
Dallas, TX 75267-7061


Matheson Tri-Gas, Inc.
P.O. Box 347297
Pittsburgh, PA 15251-4297

```
MedExpress Urgent Care, Inc WV
P.O. Box 7959
Belfast, ME 04915-7900


Michelle Dillon
Altus Global Trade Solutions
2400 Veterans Memorial Blvd.
Suite 300
Kenner, LA 70062


Mid South Boring & Piping
1132 Collierville Arlington Rd.
Collierville, TN 38107


MidSouth Metals
P.O. Box 740209
Atlanta, GA 30374-0209


MPC Containment Systems, LLC
4834 South Oakley Ave.
Chicago, IL 60609


MRC Global (US) Inc.
P.O. Box 204392
Dallas, TX 75320-4392


National Safety Counsel
ArkLaTex Chapter
8101 Kingston Rd., # 107
Shreveport, LA 71108


National Trench Safety
P.O. Box 750963
Houston, TX 77075


Neff Rental, LLC
P.O. Box 405138
Atlanta, GA 30384-5138
```

Oakley Louisiana, Inc.
11210 Doug Attaway Drive
Shreveport, LA 71115


Office of Motor Vehicles
301 Morris Drive
Minden, LA 71055


Ohio CAT Rental
Box 774439
4439 Solutions Center
Chicago, IL 60677-4004


Oil & Gas Safety Supply
1230 Jefferson Ave.
Washington, PA 15301


Outhouse Rental, LLC
2311 Bienville Drive
Monroe, LA 71201


Overnight Software, Inc.
1212 N. Velasco, Ste. 110
Angleton, TX 77515


OWC Inc.
9320 Hwy 80
Minden, LA 71055


Pamela Ashcraft
Tucker Albine & Associates
1702 N.Collins Blvd. Suite 100
Richardson, TX 75080


Pioneer One
11140 N. State Rd. 67
Mooresville, IN 46158

Pitney Bowes
P.O. Box 371874
Pittsburgh, PA 15250-7874


Pitney Bowes Global Financial
P.O. Box 371887
Pittsburgh, PA 15250-7887


POCO Properties, LLC
P.O. Box 97
Sibley, LA 71073-0097


Powerplan
21310 Network Place
Chicago, IL 60673-1213


Precision Pigging, LLC
5868 Westheimer Rd. #544
Houston, TX 77057


Price Supply, Inc.
109 Cason Rd.
Broussard, LA 70518


Professional Service Industries
P.O. Box 74008418
Chicago, IL 60674-8418


Provident Farm Supply, Inc.
69616 Vineyard Rd.
Saint Clairsville, OH 43950


PSI-Protection Services, Inc.
P.O. Box 645202
Pittsburgh, PA 15264-5202

PSS Companies
1010 Lamar, Ste. 710
Houston, TX 77002


Quality Lube
924 Homer Rd.
Minden, LA 71055


Querbes & Nelson
P.O. Box 5
Shreveport, LA 71161-0005


Rain for Rent
File 52541
Los Angeles, CA 90074-2541


Razorback Concrete Company
P.O. Box 16607
Wichita, KS 67216


Red Ball Oxygen
P.O. Box 7316
Shreveport, LA 71137-7316


Red River Chevrolet
221 Traffice Street
Bossier City, LA 71111


Republic Services
P.O. Box 9001099
Louisville, KY 40290-1099


Rusty Sewell
Winstead - collections
25 Waterway Avenue, Suite 500
Spring, TX 77380

Sanders Machine Inc.
200 Corporate Drive
Sibley, LA 71073


Satellite Shelters, Inc.
2530 Xenium Lane, Ste. 150
Minneapolis, MN 55441


Scott Equipment Company, LLC
P.O. Box 7827
Shreveport, LA 71137-7827


Scott Massey, CPA, LLC
333 Texas Street, Ste. 700
Shreveport, LA 71101


Shreveport Tractor, Inc.
6909 Westport Ave.
Shreveport, LA 71129


Siemens Financial
P.O. Box 2083
Carol Stream, IL 60132-2083


Southern Tire Mart, LLC
DEPT. 143
P.O. Box 1000
Memphis, TN 38148-0143


Southland Safety, LLC
P.O. Box 1435
Henderson, TX 75653-1435


Specialty Sand Company
16601 Garrett Rd.
Houston, TX 77044

Stallion Production Services
P.O. Box 842364
Dallas, TX 75284-2364


Standard Crane & Hoist, LLC
14694 Airline Hwy
Destrehan, LA 70047


Stuart's Inc.
P.O. Box 5337
Shreveport, LA 71135


Sue's Recycling & Sanitation LLC
P.O. Box 2367
Muskogee, OK 74402-2367


Sunbelt Rentals, Inc.
P.O. Box 409211
Atlanta, GA 30384-9211


Target Oilfield Services, LLC
7228 West Bert Kouns
Shreveport, LA 71129


TCF Financial
11100 Wayzata Blvd., Ste. 801
Minnetonka, MN 55305


TEI Analytical Services, Inc.
P.O. Box 844474
Dallas, TX 75284-4474


Thomas Zuccaro
Greenburg, Grant and Richards
5858 Westheimer Rd., Ste. 500
Houston, TX 77057

Thomas Zuccaro
Greenburg, Grant & Richards
2591 Dallas Parkway, Suite 300
Frisco, TX 75034


Tiffany Romano
Morgan, Cohen & Bach, LLC
2555 N. Coyote Dr., Ste. 101
Tucson, AZ 85745


Total Safety U.S., Inc.
P.O. Box 974686
Dallas, TX 75397-4686


Tricor Industrial, Inc.
P.O. Box 752
Wooster, OH 44691


Union County
101 North Washington Ste. 101
El Dorado, AR 71730


Unit Liner Company
7901 N. Kickapoo
Shawnee, OK 74804


United Rentals
P.O. Box 840514
Dallas, TX 75284-0514


US Environmental Services, LLC
P.O. Box 677261
Dallas, TX 75267-7261


Veriforce
1575 Sawdust Rd., Ste. 600
The Woodlands, TX 77380

```
Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108


Vermeer Midsouth, Inc.
P.O. Box 1798
Dept 07-013
Memphis, TN 38101-9715


Village Hardware & Rental, Inc.
112 Mill Street
Barnesville, OH 43713


Waste Management of Little Rock
P.O. Box 9001054
Louisville, KY 40290-1054


Waste Management of Ohio, Inc.
P.O. Box 4648
Carol Stream, IL 60197-4648


Wells Fargo
P.O. Box 1450
Minneapolis, MN 55485-8178


Wells Fargo Financial Leasing
P.O. Box 10306
Des Moines, IA 50306-0306


Wells Fargo Vendor
P.O. Box 650016
Dallas, TX 75265-0016


WELSCO, INC.
P.O. Box 52163
Lafayette, LA 70505-2163
```

Wheeling Hospital
Attn: Revenue Cycle
1 Medical Park
Wheeling, WV 26003


William Wright
Macarthy, Burgess & Wolf
MB&W Building, 26000 Cannon Rd.
Cleveland, OH 44146


Williams Recycling
P.O. Box 565
Saucier, MS 39574


WPIT, INC.
dba Southern Disposal Service
3350 Old Shed Rd.
Bossier City, LA 71111

# United States Bankruptcy Court
## Western District of Louisiana

In re    **Double Eagle Energy Services, LLC**         Case No.     _____

                             Debtor(s)      Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Owners of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 3, 2017**                        **/s/ Joe Ratcliff or Bob Ratcliff**

                                           **Joe Ratcliff or Bob Ratcliff/Owners**
                                           Signer/Title

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Louisiana

In re   **Double Eagle Energy Services, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Double Eagle Energy Services, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 3, 2017**

Date

**/s/ Bradley L. Drell**

**Bradley L. Drell 24387 - LA**

Signature of Attorney or Litigant

Counsel for   **Double Eagle Energy Services, LLC**

**Gold, Weems, Bruser, Sues & Rundell**
**POB 6118**
**Alexandria, LA 71307-6118**
**(318)445-6471 Fax:(318)445-6476**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy