UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:

    **DOUBLE EAGLE ENERGY SERVICES, LLC**    CASE NO. 17-80717

    **DEBTOR**    CHAPTER 11

## APPLICATION TO EMPLOY ATTORNEY

The application of **DOUBLE EAGLE ENERGY SERVICES, LLC**, debtor-in-possession herein, respectfully represents as follows:

1.

The debtor has filed under Chapter 11 to Title 11, United States Code.

2.

The debtor, as debtor-in-possession, wishes to employ Bradley L. Drell and the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC as attorneys under a general retainer to give the debtor legal advice with respect to debtor's powers and duties as debtor-in-possession in the continued operation of the debtor's business and management of the debtor's property, and to perform all legal services for the debtor-in-possession which may be necessary herein.

3.

Your applicant has selected Bradley L. Drell and the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC for the reasons that they have gained experience as to the debtor's business and property by Filing the petition herein, and the debtor believes that Bradley L. Drell and the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC are well qualified to represent debtor, as debtor-in-

possession, in this proceeding. Furthermore, it is necessary for the debtor as debtor-in-possession to employ attorneys for such professional service.

4.

To the best of the debtor's knowledge, said Bradley L. Drell and the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC have no connection with the debtor, the creditors or any other party in interest, their respective attorneys and accountants, the U.S. Trustee or any person employed in the office of the U.S. Trustee, other than previously representing the debtor in filing the initial pleadings and in manners preliminary hereto, and in representing Advanced Environmental Compliance ("AEC") in obtaining a default judgment in a collections matter, with AEC having discharged the undersigned after obtaining its judgment and with both AEC and the Debtor waiving any conflict in writing.

5.

No party in interest has requested removal of the Debtor-in-Possession, and thus no notice of this application need be given and no hearing hereon need be held.

**WHEREFORE,** your applicant prays that debtor be authorized to employ Bradley L. Drell and the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC or any of its members (attorneys) under a general retainer to represent the debtor as debtor-in-possession in this proceeding under Chapter 11 of the Bankruptcy Code, and that said debtor have such other and further relief as is just.

Alexandria, Louisiana, this 17th day of July, 2017.

>Respectfully submitted:
>
>**GOLD, WEEMS, BRUSER, SUES & RUNDELL**
>
>By: **/s/Bradley L. Drell**
>Bradley L. Drell (La. Bar Roll #24387)
>B. Gene Taylor, III (La. Bar Roll #33407)
>P. O. Box 6118
>Alexandria, LA 71307-6118
>Telephone: (318) 445-6471
>Facsimile: (318) 445-6476
>
>**ATTORNEYS FOR DEBTORS IN POSSESSION**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

IN RE:

    DOUBLE EAGLE ENERGY SERVICES, LLC      CASE NO. 17-80717

    DEBTOR      CHAPTER 11

## DECLARATION OF DISINTERESTEDNESS

Bradley L. Drell, an attorney at law, hereby declares under penalty of perjury under the laws of the United States of America, under 28 U.S.C. § 1746, that he is an attorney in the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC, that to the best of his knowledge, Gold, Weems, Bruser, Sues & Rundell, APLC has no connection with the debtor, creditors, or any other party in interest, their respective attorneys and accountants, the U.S. Trustee or any person employed in the office of the U.S. Trustee, except as is otherwise disclosed in the foregoing application to employ the firm as attorneys for the above captioned debtor, and represents no interest adverse to **Double Eagle Energy Services, LLC**, with respect to any of the matters upon which Gold, Weems, Bruser, Sues & Rundell, APLC has been or is to be engaged by the debtor in the above captioned proceeding, and that Gold, Weems, Bruser, Sues & Rundell, APLC is "disinterested" within the meaning of 11 U.S.C. Sections 327, 1203 and 1107(b).

*I declare under penalty of perjury that the foregoing is true and correct.*

Alexandria, Louisiana, this 17th day of July, 2017.

                                 **/s/Bradley L. Drell**
                                    OF COUNSEL

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

IN RE:

    **DOUBLE EAGLE ENERGY SERVICES, LLC**    **CASE NO. 17-80717**

    **DEBTOR**    **CHAPTER 11**

**CERTIFICATE OF SERVICE**

This is to certify that the *Application to Employ Attorney* was served on the Office of the United States Trustee, 300 Fannin Street, 3196 Federal Building, Shreveport, Louisiana 71101 by placing a copy of same in the United States Mail, postage prepaid.

Alexandria, Louisiana, this 17th day of July, 2017.

                                                  /s/Bradley L. Drell
                                                  OF COUNSEL