

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

IN RE: DOUBLE EAGLE ENERGY SERVICES, LLC     CASE NO. 17-80717

### ORDER TO DEBTOR-IN-POSSESSION AND SETTING STATUS CONFERENCE

This case was filed under Chapter 11 of the Bankruptcy Code. Under the authority granted the Court by 11 U.S.C. § 105 to issue any order, process or judgment necessary to carry out the provisions of the Bankruptcy Code,

**IT IS ORDERED** that:

1. **Debtor remain in possession of estate property.** In accordance with 11 U.S.C. § 1101(1), the above-named debtor(s), as a debtor-in-possession ("Debtor"), will continue in possession of its estate.

2. **Debtor continue operations and management.** In accordance with 11 U.S.C. §§ 1107(a) and 1108, the Debtor will continue the operation of its business and management of its property until further order of this Court.

3. In connection with the operation of its business, the Debtor must:

    a. **Close Existing Bank Accounts and Open New Accounts.** Debtor must close all bank accounts maintained prior to the filing of the petition. All funds presently on deposit to the credit of the debtor in said accounts must be transferred to new accounts to be opened by the Debtor. Deposits are to be made only in accounts within a depository approved by the United States Trustee.

    b. **Segregate Withholding – Employees.** Debtor must segregate and hold separate and apart from all other funds any and all monies withheld from employees, including without limitation social security taxes, as may be required under the laws of the United States or any state or subdivision thereof, and deposit, as required by law, all monies withheld from employees for social security and federal income taxes withholdings.

    c. **Segregate and Pay/Deposit Withholdings – Others.** Debtor must deposit or pay promptly to any state or political subdivision thereof any and all monies required to be withheld or collected from others subsequent to the petition date, on such basis as may be required by the laws or ordinances of such state or political subdivision.

d. **Close and Preserve Existing Accounting Books and Open New**. Debtor must close and preserve its present books and accounts and open and maintain new books of account showing all income, expenditures, receipts and disbursements of the Debtor.

e. **Refrain from paying Pre-petition Debts**. Debtor must not pay any debt or obligation incurred prior to the filing of the petition unless payment of a pre-petition debt or obligation is specifically authorized by the court.

f. **Refrain from using Cash Collateral**. Debtor must not use "cash collateral" as defined in Section 363 of the Bankruptcy Code if said cash collateral is subject of a security interest until further order of this Court. All cash collateral must be deposited in a separate account pending the entry of a court order with respect to its disposition.

g. **Refrain from using Property or Entering Transactions not in the Ordinary Course of Debtor's Business**. Debtor must not sell, lease or otherwise dispose of property not in the ordinary course of business or enter into any transaction not in the ordinary course of business except as authorized by court order. Debtor may buy and sell merchandise, supplies and other property in the ordinary course of business necessary and essential for the operations and to render and obtain services.

h. **Maintain Insurance**. Debtor must keep estate property insured at a level equal to the value of such property and to pay any and all premiums for insurance covering estate property as may be or become due.

i. **File Monthly Reports**. On or before the 15th day of each month, Debtor must file with the Court the Monthly Operating Report for the prior calendar month. Each Monthly Operating Report shall be prepared in a format approved by the United States Trustee. Additionally, a copy of each Monthly Operating Report must be submitted to the Shreveport Office of the United States Trustee and to counsel for the Unsecured Creditors Committee.

j. **File Periodic Reports Concerning Related Entities**. Debtor must file the first Periodic Report required by Fed. R. Bankr. Proc. 2015.3(a) no later than seven days before the first date set for the meeting of creditors under 11 U.S.C. § 341. Subsequent Periodic Reports must be filed no less frequently than every six months thereafter, until a plan of

reorganization becomes effective or the case is closed, dismissed or converted. Copies of the Periodic Report must be served on the United States Trustee, any committee appointed under 11 U.S.C. § 1102, and any other party in interest that has filed a request for such Report.

    k. **Preserve Estate Assets**. Debtor must take all steps reasonably necessary to prevent the incurring of administrative expenses, the payment of which will not be possible from funds which can be generated during the proceeding, and take all steps necessary to prevent any depletion or potential depletion of said assets and shall further advise this court promptly if the continued operation of the debtor may not be in the best interest of the creditors or the debtor.

4. **Compensation of insiders may be allowed under Local Bankruptcy Rule 2016-2**. No compensation or other remuneration shall be paid from property of the estate to an individual debtor, or if a partnership, to any of the partners, or if a corporation, to any present or former officer, director, or stockholder thereof, unless and until the requirements of Local Bankruptcy Rule 2016-2 have been fully satisfied.

5. **Debtor file a plan within 120 days after the date of the order of relief**. Debtor must file a plan, pursuant to 11 U.S.C. §§1121 and 1123, within one hundred twenty (120) days after the date of the order of relief.

6. **Debtor file a Disclosure Statement with the plan**. Debtor must file a disclosure statement with the plan which contains such information as is adequate, pursuant to 11 U.S.C. §1125.

7. **Debtor appear for a Status Conference**. Debtor, counsel for the Debtor, the United States Trustee, and any party in interest, shall appear before the undersigned in the Bankruptcy Courtroom, Alexandria, Louisiana on **Wednesday, November 1, 2017 at 9:30 A.M.**, for the purpose of a status conference concerning the actions taken and the progress made toward confirmation of a plan of reorganization.

**THUS DONE AND SIGNED** this July 20, 2017, Alexandria, Louisiana.

*/s/ John W. Kolwe*
JOHN W. KOLWE
U.S. BANKRUPTCY JUDGE