**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

IN RE:          **DOUBLE EAGLE ENERGY SERVICES, LLC**          **BANKRUPTCY CASE NO.**

          **DEBTORS**          **17-80717**

<u>**NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY AND ABANDONMENT**</u>
<u>**OF PROPERTY AND/OR IN THE ALTERNATIVE ADEQUATE PROTECTION**</u>

      **NOTICE IS HEREBY** given that a hearing on the Motion of **FORD MOTOR CREDIT COMPANY** for relief from the automatic stay and abandonment of property and in the alternative adequate protection affecting the following described chattel property, to wit:

      (1)      2014 Ford F150 VIN 1FTFW1EF0EKD72414, Ford Account Number XXXX1511

is to be held on AUGUST 23, 2017 at 9:30 a.m. in the U. S. Bankruptcy Court, U. S. Bankruptcy Court, Hemenway Bldg., 300 Jackson Street, Second Floor Bankruptcy Courtroom, Alexandria, Louisiana, **IF AND ONLY IF AN** <u>**OBJECTION TO THE MOTION IS FILED ON OR BEFORE THE RESPONSE DEADLINE IN ACCORDANCE WITH L.B.R. 4001-1**</u>.

      **OBJECTIONS MUST BE FILED ON OR BEFORE THE <u>RESPONSE DEADLINE</u> , 17 DAYS FROM THE DATE OF THE CERTIFICATE OF SERVICE OF THIS NOTICE, INDICATED BELOW. THE <u>RESPONSE DEADLINE</u> TO THIS MOTION IS AUGUST 14, 2017.** Objections must be in writing and filed with the Clerk, United States Bankruptcy Court, with a copy of any objections being served upon counsel for Movant at the address indicated below.

      Alexandria, Louisiana this July 27, 2017.

              Respectfully submitted,

              **WHEELIS & ROZANSKI**

              By: /s/ Stephen D. Wheelis
                  Stephen D. Wheelis #17205
                  Richard A. Rozanski #22583
                  P.O. Box 13199
                  Alexandria, Louisiana 71315-3199
                  318/445-5600
              **ATTORNEYS FOR FORD MOTOR CREDIT COMPANY**

<u>**CERTIFICATE OF SERVICE**</u>

      **I HEREBY CERTIFY** that a copy of the above and foregoing Notice of Hearing on Motion for Relief and Abandonment of Property or in the Alternative for Adequate Protection has been forwarded by United States Mail, postage prepaid and properly addressed to Debtor, Double Eagle Energy Services, LLC, 3600 Jackson Street, Suite 126D, Alexandria, LA 71303, Bradley L. Drell, POB 6118, Alexandria, LA 71307-6118, Office of U. S. Trustee, 300 Fannin St., Suite 3196, Shreveport, LA 71101, Richard Drew, U. S. Trustee, 300 Fannin Street, Room 3196, Shreveport, LA 71101 by placing a copy of same in the United States Mail, with postage prepaid.
      Alexandria, Louisiana, this July 27, 2017.

              /s/ Stephen D. Wheelis
              OF COUNSEL