UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

RE: DOUBLE EAGLE ENERGY SERVICES, LLC     CASE NO. 17-80717

DEBTOR     CHAPTER 11

## MOTION FOR EXPEDITED HEARING

**NOW INTO COURT,** through the undersigned counsel, comes **DOUBLE EAGLE ENERGY SERVICES, LLC**, ("Debtor"), debtor in possession in the above-captioned bankruptcy proceeding, who respectfully moves this Court for an expedited hearing on its *Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Secured Financing, (II) Granting Priming Liens and Super-Priority Claims to Post-Petition Lender, and (III) Approving Notice Procedure* ("Motion") and respectfully represents as follows:

1.

The Debtor filed this Motion on July 31, 2017.

2.

The Debtor respectfully requests that this matter be set for an expedited hearing, as the Motion is critical to the Debtor's operations, and a failure to hear this Motion on an expedited basis may cause irreparable harm to the Debtor's business, as the prompt payment of certain claims through the proposed debtor-in-possession financing is necessary for the continuance of its business operations and in the best interest of the Estate.

WHEREFORE, the debtor-in-possession prays that this Motion for Expedited Hearing be granted, and that the *Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Secured Financing, (II) Granting Priming Liens and Super-Priority Claims to Post-Petition Lender, and (III) Approving Notice Procedure* be set for August 2, 2017, at 10:00 a.m.

Alexandria, Louisiana, this 31st day of July 2017.

Respectfully submitted:

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By: **/s/Bradley L. Drell**
Bradley L. Drell (Bar Roll #24387)
B. Gene Taylor III (Bar Roll #33407)
P. O. Box 6118
Alexandria, LA 71307-6118
Telephone: (318) 445-6471
Facsimile: (318) 445-6476
e-mail: bdrell@goldweems.com

**ATTORNEYS FOR DEBTORS IN POSSESSION**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

RE: DOUBLE EAGLE ENERGY SERVICES, LLC       CASE NO. 17-80717

　　　DEBTOR                                  CHAPTER 11

## CERTIFICATE OF SERVICE

This is to certify that the *Motion for Expedited Hearing for the Debtor's Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Secured Financing, (II) Granting Priming Liens and Super-Priority Claims to Post-Petition Lender, and (III) Approving Notice Procedure* ("Motion") was served on the Office of the United States Trustee, 300 Fannin Street, 3196 Federal Building, Shreveport, Louisiana 71101, Mr. E. Keith Carter, counsel for Gibsland Bank & Trust, and the twenty (20) largest unsecured creditors, by placing a copy of same in the United States Mail, postage prepaid.

Alexandria, Louisiana, this 31st day of July, 2017.

　　　　　　　　　　　　　　　　　　/s/Bradley L. Drell
　　　　　　　　　　　　　　　　　　OF COUNSEL