**SO ORDERED.**

**SIGNED August 7, 2017.**



_____
JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE
_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| RE:   DOUBLE EAGLE ENERGY SERVICES, LLC | CASE NO. 17-80717 |
| DEBTOR | CHAPTER 11 |

**ORDER ON MOTION FOR EXPEDITED HEARING ON THE
MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTOR
TO ENTER INTO POST-PETITION SECURED FACTORING AGREEMENT,
(II) GRANTING PRIMING LIENS AND SUPER-PRIORITY CLAIMS TO
POSTPETITION LENDER, AND (III) APPROVING NOTICE PROCEDURE**

Considering the foregoing *Motion for Expedited Hearing on the Motion for Interim and Final Orders (I) Authorizing Debtor to Enter Into Post-Petition Secured Factoring Agreement, (II) Granting Priming Liens and Super-Priority Claims to Post-Petition Lender, and (III) Approving Notice Procedure*,

**IT IS ORDERED** that an interim hearing will be held on **Tuesday, the 8th day of August, 2017, at 8:30 A.M.**  Counsel for debtor-in-possession is directed to notice this Order on the Office

of the United States Trustee, 300 Fannin Street, 3196 Federal Building, Shreveport, Louisiana 71101, Mr. E. Keith Carter, counsel for Gibsland Bank & Trust, and the twenty (20) largest unsecured creditors.

###

Respectfully submitted:

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By: /s/Bradley L. Drell
Bradley L. Drell (Bar Roll #24387)
B. Gene Taylor, III (Bar Roll #33407)
P. O. Box 6118
Alexandria, LA 71307-6118
Telephone: (318) 445-6471
Facsimile: (318) 445-6476 e-mail: bdrell@goldweems.com
**ATTORNEYS FOR DEBTOR IN POSSESSION**