**SO ORDERED.**

**SIGNED August 8, 2017.**



_____
JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RE:   DOUBLE EAGLE ENERGY SERVICES, LLC | CASE NO. 17-80717 |
| DEBTOR | CHAPTER 11 |

**ORDER ON MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTOR TO ENTER INTO POST-PETITION SECURED FACTORING AGREEMENT, (II) GRANTING LIENS TO POST-PETITION LENDER, AND (III) APPROVING NOTICE PROCEDURE**

This matter came before the Court on August 8, 2017, on the above captioned motion. Attending in person was counsel for the debtor in possession, Double Eagle Energy Services, LLC, Mr. Jonathan D. Stokes, and participating by telephone was counsel for Gibsland Bank & Trust, Mr. Keith Carter. Considering representations of counsel and the evidence presented by the debtor in possession,

**IT IS ORDERED** that the debtor in possession may obtain financing through the proposed factoring agreement with financing up to an aggregate principal amount of $100,000.00 on an interim basis, provided all interim borrowing shall be used to pay critical vendors of fuel and

materials needed to complete the Enterprise-Keatchie job, payroll, including any taxes related thereto, and the telephone bill sufficient to allow the debtor in possession to continue operation of its business through August 23, 2017;

**IT IS FURTHER ORDERED** that the financing obtained pursuant to this Order shall be secured only by a first-in-priority security interest on the post-petition accounts receivable of the debtor in possession.

**IT IS FURTHER ORDERED** that, the hearing on the final order of this matter, including whether the debtor in possession shall be permitted to obtain further post-petition financing, shall be set for August 23, 2017, at 9:30 a.m.

**IT IS FURTHER ORDERED** that this motion is granted without prejudice to the right of the debtor in possession to seek further post-petition financing.

**IT IS FURTHER ORDERED** that Gibsland Bank & Trust reserves all rights to make any and all objections it may have during the final hearing.

###

Respectfully submitted by:

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**


BY: /s/Bradley L. Drell
      Bradley L. Drell (Bar Roll #24387)
      B. Gene Taylor III (Bar. Roll # 33407)
      P. O. Box 6118
      Alexandria, LA   71307-6118
      Telephone (318) 445-6471
      Fax: (318) 445-6476
      e-mail: bdrell@goldweems.com
**ATTORNEYS FOR DEBTORS IN POSSESSION**

*and*

**ROGERS, CARTER & PAYNE, LLC**

BY: /s/ E. Keith Carter
      E. Keith Carter, La. Bar No. 16,847
      4415 Thornhill, Second Floor, Suite A
      Shreveport, Louisiana 71106
      Telephone: (318) 861-1111
      Fax: (318) 868-2323
      ekcarter@rogerscarterlaw.com
**ATTORNEYS FOR GIBSLAND BANK & TRUST**