SO ORDERED.

SIGNED August 9, 2017.



_____
JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE
_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

RE:  DOUBLE EAGLE ENERGY SERVICES, LLC         CASE NO. 17-80717

      DEBTOR                                    CHAPTER 11

---

### ORDER ON MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTOR TO OBTAIN POST-PETITION SECURED FINANCING, GRANTING PRIMING LIENS AND SUPER-PRIORITY CLAIMS TO POST-PETITION LENDER, AND APPROVING NOTICE PROCEDURE

This matter came before the Court on August 2, 2017 on the above captioned motion. Considering representations of counsel to the debtor in possession, Double Eagle Energy Services, LLC, and counsel to Gibsland Bank & Trust, with an oral amendment of the motion being made to provide for the advancement of certain funds by Gibsland Bank & Trust for the payment of certain expenses of the debtor in possession on an emergency basis in lieu of the relief requested in the motion,

**IT IS ORDERED** that Gibsland Bank & Trust may advance to the debtor in possession either out of its cash collateral or may advance on its existing loans with its existing security interests

the amount of $22,240.00 to pay the following expenses,

1. Water bills - 140.00;
2. AT&T phone service - 500.00;
3. Entergy (electricity) - 1600.00; and
4. Insurance expense for general liability, worker's comp, umbrella coverage and property insurance - $20,000.00.

**IT IS FURTHER ORDERED** that the advances made pursuant to this Order will be secured by Gibsland Bank & Trust's pre-petition collateral.

**IT IS FURTHER ORDERED** that, to the extent that Gibsland Bank & Trust is found to be undersecured, the funds advanced pursuant to this Order will be granted administrative expense status in the bankruptcy case.

**IT IS FURTHER ORDERED** that this motion is granted without prejudice to the right of the debtor in possession to seek further post-petition financing.

###

Respectfully submitted by:

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

BY:  /s/Bradley L. Drell
      Bradley L. Drell (Bar Roll #24387)
      B. Gene Taylor III (Bar. Roll # 33407)
      P. O. Box 6118
      Alexandria, LA   71307-6118
      Telephone (318) 445-6471
      Fax: (318) 445-6476
      e-mail: bdrell@goldweems.com
**ATTORNEYS FOR DEBTORS IN POSSESSION**

*and*

**ROGERS, CARTER & PAYNE, LLC**

BY: <u>/s/ E. Keith Carter</u>
      E. Keith Carter, La. Bar No. 16,847
      4415 Thornhill, Second Floor, Suite A
      Shreveport, Louisiana 71106
      Telephone: (318) 861-1111
      Fax: (318) 868-2323
      ekcarter@rogerscarterlaw.com
**ATTORNEYS FOR GIBSLAND BANK & TRUST**